UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 05-30047 MAP |
| | ) | |
| | ) | VIOLATIONS: |
| | ) | |
| v. | ) | 21 U.S.C. § 841(a)(1) - |
| | ) | Possession with intent to |
| | ) | Distribute and |
| | ) | Distribution of Cocaine |
| | ) | Base |
| | ) | |
| MICHAEL MARRERO, | ) | 21 U.S.C. § 853 - |
| Defendant | ) | Forfeiture Allegation |
| | ) | |

INDICTMENT

The Grand Jury Charges:

COUNT ONE:   Title 21, United States Code, Section 841(a)(1) -
Possession with Intent to Distribute and
Distribution of Cocaine Base

On or about October 11, 2004, in Springfield, in the District of Massachusetts,

**MICHAEL MARRERO,**

the defendant herein, did knowingly and intentionally possess with the intent to distribute and distribute a quantity of cocaine base in the form of crack cocaine, a Schedule II controlled substance.

The possession with the intent to distribute cocaine base described in Count One of the Indictment involved five grams or more of a mixture or substance containing a detectable amount of cocaine base in the form of crack cocaine, a Schedule II

Controlled Substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(iii) applies to Count One.

All in violation of Title 21, United States Code, Section 841(a)(1).

## FORFEITURE ALLEGATION
## (21 U.S.C. § 853)

1.  As a result of the offenses alleged in Count One of this Indictment,

**MICHAEL MARRERO,**

Defendant herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of the offenses, and any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses.

2.  If any of the properties described in paragraph 1, above, as a result of any act or omission of the defendant –

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL

                                                          _____
                                                          FOREPERSON OF THE GRAND JURY

_____
Paul Hart Smyth
Assistant United States Attorney


DISTRICT OF MASSACHUSETTS: _____June 9_____, 2005

Returned into the District Court by the Grand Jurors and filed.

                                                          _____
                                                          DEPUTY CLERK OF THE COURT
                                                          4:00 PM

-4-

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:** _____  **Category No.** II  **Investigating Agency** FBI

**City** Springfield

**County** Hampden

**Related Case Information:**
Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Michael Marrero   Juvenile: ☐ Yes  ☒ No

Alias Name: _____

Address: 25 Lexington Street, Springfield, MA

Birth date (Year only): 1980  SSN (last 4 #): 0000  Sex: M  Race: Hispanic  Nationality: _____

Defense Counsel if known: _____   Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA: Paul H. Smyth   Bar Number if applicable: 634600

Interpreter: ☐ Yes ☒ No   List language and/or dialect: _____

Matter to be SEALED: ☒ Yes ☐ No

☒ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:  ☐ Complaint  ☐ Information  ☒ Indictment

Total # of Counts:  ☐ Petty  ☐ Misdemeanor  ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: June 9, 2005   Signature of AUSA: _____

✎JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**     Michael Marrero

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21:841(a)(1) | Possess. w/int. to dist. and distr. of cocaine base | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**