AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

__FIRST__   DISTRICT OF   __MASSACHUSETTS__

**UNITED STATES**

V.

**MICHAEL MARRERO**

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case    United States of America

I certify that I am admitted to practice in this court.

_June 8, 2005_
Date

Signature

__PAUL H. SMYTH__          __634600__
Print Name                              Bar

__1550 MAIN STREET, SUITE 310__
Address

__SPRINGFIELD,__   __MA__   __01103__
City                State           Zip Code

__413-785-0235__      __413-785-0394__
Phone Number                  Fax