≋AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

**APPEARANCE**

Case Number: 05cr30047

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for        Michael Marrero

Date: 6/15/05

Signature

Print Name: MARK MASTRoiaNNi

Address: 95 State St.

City: SpFld.   State: Ma.   Zip Code: 

Phone Number: 732-0222