UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                         )
         v.              ) Cr. No.
                         )
MICHAEL MARRERO,         )
                         )
         Defendant.      )

MOTION TO UNSEAL INDICTMENT

Now comes the United States of America by and through its undersigned attorneys and moves this Honorable Court to unseal the above-captioned indictment because the defendant has been arrested and therefore no further purpose is served by the continued sealing of said indictment.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
PAUL H. SMYTH
Assistant U.S. Attorney

Date: JUNE 15, 2005