AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

**DISTRICT OF** Massachusetts

UNITED STATES OF AMERICA

v.

MICHAEL MARRERO

**WARRANT FOR ARREST**

SEALED

CASE NUMBER: 05cr30047 MAP

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___ Michael Marrero ___
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
possession with intent to distribute and distribution of cocaine base

in violation of
Title ___ 21 ___ United States Code, Section(s) 841(a)(1)

Kenneth P. Neiman
Name of Issuing Officer

[signature]
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

June 9, 2005  Springfield, Mass
Date and Location

Bail fixed at $ ___ by ___
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at Springfield, MA

| DATE RECEIVED 6/9/05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 6/15/05 | SFD SEAN CONDON | [signature] |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

# THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Michael Marrero

ALIAS: _____

LAST KNOWN RESIDENCE: 25 Lexington Street, Springfield, MA

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH (4 digit year): 00-00-1980

SOCIAL SECURITY NUMBER (last 4 digits only): _____

HEIGHT: 510                          WEIGHT: 170

SEX: Male                            RACE: White

HAIR: Black                          EYES: Brown

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____