UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
vs. ) NO. 05-30047-MAP
)
MICHAEL MARRERO )

MOTION TO WITHDRAW AS COUNSEL

Now comes counsel for the above named and respectfully requests this Honorable Court allow him to withdraw from this matter. Counsel is requesting the court appoint counsel for the defendant as he is unable to retain private counsel.

As grounds for this request to withdraw:

1. The defendant and his family had agreed to retain private counsel in this case, but have financially been unable to make any payments, and do not anticipate any change in ability.

2. Counsel currently represents, as an appointed case, a co-defendant named in the indictment. Although this matter does not present a conflict from what can be determined at this point in discovery, in theory the potential for a conflict does exist.

THE DEFENDANT

BY:_____
Mark G. Mastroianni, Esq.
95 State Street, Suite 309
Springfield, MA. 01103
(413) 732-0222
BBO #556084

CERTIFICATE OF SERVICE

I, Mark G. Mastroianni, Esq., do hereby certify that I have served a copy of the foregoing to the Assistant United States Attorney, United States District Court, 1550 Main Street, Springfield, Ma. 01103 this ___ day of August, 2005.

_____