```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 03-30047-MAP |
| | ) | |
| MICHAEL MARRERO, | ) | |
| Defendant. | ) | |

<u>THE GOVERNMENT'S MOTION FOR AN ORDER OF EXCUDABLE DELAY</u>
(Assented to)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully moves for an order of excludable delay under the Speedy Trial Act, 18 U.S.C. §3161(h), from August 5, 2005 until October 12, 2005. In support of this motion, the Government states the following:

1. On August 19, 2005, the court appointed Attorney Harry Miles to represent the Defendant. Attorney Miles needs this time to obtain and to review the discovery materials in this case.

Since Attorney Miles was recently appointed, it is in the best interests of the Defendant, the government, and the public, to exclude the time from August 5, 2005, until October 12, 2005, from the period within which the trial of this case must commence under the Speedy Trial Act.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

							By:	/s/ Paul Hart Smyth
								_____
								Paul Hart Smyth
								Assistant U.S. Attorney


Dated: September 15, 2005

<u>CERTIFICATE OF SERVICE</u>

Hampden, ss.                                Springfield, Massachusetts
                                            September 15, 2005

    I, Paul Hart Smyth, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing to Attorney Harry Miles, 77 Pleasant Street, P.O. Box 210, Northampton, MA.

    /s/ Paul Hart Smyth
    Paul Hart Smyth
    Assistant U.S. Attorney