UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          )
                                  )
                                  )
        v.                        )    CRIMINAL NO. 05-cr-30047-MAP
                                  )
                                  )
MICHAEL MARRERO,                  )
        Defendant.                )

            THE GOVERNMENT'S AND THE DEFENDANT'S STATUS
                REPORT PURSUANT TO LOCAL RULE 116.5(A)

     The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Attorney Harry Miles, hereby submit the following status report pursuant to Local Rule 116.5(A) and Magistrate Judge Neiman's written orders.

     1.   The Defendant asserts that this is a complex case and therefore requires relief from the timing requirements imposed by Local Rule 116.3.  Counsel for Defendant will articulate the reasons for this position at the status hearing on October 26, 2005.

     2.   The government has provided automatic discovery to the defendant pursuant to Fed.R.Crim.P. 16.1 (C) and 116.2 of the Local Rules of the United States.  The Government has also provided additional discovery in response to the Defendant's discovery letter.  The government has requested reciprocal discovery pursuant to Fed.R.Crim.P. 16(B)(1).  Although discovery is not complete, the parties do not anticipate contested discovery issues.

3.   The parties agree that it is premature for a motion date to be established under Fed.R.Crim.P. 12(c).

4.   The parties agree that the time period from October 12, 2005 through the final status date should be excluded from the Speedy Trial Act in the interests of justice pursuant to 18 U.S.C. Section 3161(h)(8)(A) and Local Rule 112.2(A)(1),(2), and (3).  This case involves audio and video recordings of which counsel has experienced difficulties.  The undersigned Assistant U.S. Attorney has agreed to make an FBI agent available to assist counsel in presenting the DVD evidence to the Defendant in jail.  Accordingly, the government requests that the Court issue an order indicating that the time from initial appearance to the present is excludable pursuant to Local Rule 112.2(B).

5.   The parties are unclear at present whether this case will be resolved pursuant to a trial or a change of plea.

6.   The parties agree that it is appropriate to establish a final status conference at this time.

                        Respectfully submitted,

                        MICHAEL J. SULLIVAN
                        United States Attorney

By:   /s/ Paul Hart Smyth
      _____
      Paul Hart Smyth
      Assistant U.S. Attorney


      /s/ Harry Miles
      Harry Miles, Esq.
      Counsel for Michael Marrero