UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA          )
                                  )
                                  )
                                  )
           v.                     )      Criminal No. 05-30047-MAP
                                  )
                                  )
MICHAEL MARRERO,                  )
           Defendant              )


INTERIM STATUS REPORT
October 26, 2005

NEIMAN, U.S.M.J.

The court held a Status Conference this day and, in accord with Local Criminal

Rule 116.5(B), reports as follows:

1.    The court has established an interim schedule as outlined in the Interim

      Scheduling Order issued this day.

2.    The court has scheduled an interim Status Conference for November 28,

      2005.

3.    The parties assert in their status report and the court agrees that no time

      will have run on the speedy trial clock as of November 28, 2005.  An order

      of excludable delay shall issue.

4.    There are no other matters to report relevant to the progress or resolution

      of the case.


                              /s/   Kenneth P. Neiman
                              KENNETH P. NEIMAN
                              U.S. Magistrate Judge