UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)<br>MICHAEL MARRERO,    )<br>    Defendant.    )<br>) | CRIMINAL NO. 05-cr-30047-MAP |

### MOTION FOR A CONTINUANCE
(Assented to)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts respectfully requests this Court to continue this case for a further status date on or after December 15, 2005.  In support of this motion, the government, in response to the Defendant's discovery requests, is awaiting a response from the Drug Enforcement Administration ("DEA") concerning the analysis of the crack cocaine recovered from the Defendant.  The government should have additional information from the DEA in the next 10 days.

The Defendant, through Attorney Harry Miles, assents to this request for a continuance.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:  /s/ Paul Hart Smyth
     _____
     Paul Hart Smyth
     Assistant U.S. Attorney

Dated: November 28, 2005