UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-30047-MAP |
| ) | |
| MICHAEL MARRERO, ) | |
| Defendant ) | |

INTERIM SCHEDULING ORDER
June 30, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the Status Conference this day:

1. All discovery motions shall be filed by January 9, 2006, to which responses are due by January 23, 2006.

2. A final status conference will be held on January 30, 2006, at 2:30 p.m. in Courtroom III.

3. On or before the close of business, January 27, 2006, a joint memorandum addressing the items set forth in Local Rule 116.5(A)(1) through (7) shall be filed with the court.

IT IS SO ORDERED.

/s/  Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge