UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
          v.                  )    CRIMINAL NO. 05-cr-30047-MAP
                              )
MICHAEL MARRERO,              )
     Defendant.               )
                              )

**The Government's Response to the Defendant's Motion to Compel Discovery**

The government respectfully requests this Court to deny the Defendant's First Motion to Compel Discovery (Dkt. # 29) because the government has complied with its discovery obligations by providing to the Defendant exculpatory evidence which is material either to guilt or to punishment.  <u>Brady v. Maryland</u>, 373 U.S. 83, 87 (1963).  The Defendant has not established that the evidence sought would be relevant or material to his case.

The Government has substantially provided four of the five items requested by the Defendant, including the following documents:[1]

1.   Drug analysis;
2.   Chain of custody documents;
3.   Analytical data and worksheets; and,
4.   Identifications and qualifications of the individual who weighed and analyzed the exhibit (crack cocaine).

The government respectfully declines to provide counsel additional internal agency documents, including maintenance and

---

[1] Attached please find a copy of the discovery previously provided to counsel for the Court's reference.

1

calibration logs, additional chain of custody documents, and additional analytical data. The Defendant has not provided the court with any indication that the materials sought would rise to the level of materiality or relevance with respect to guilt or sentencing.

The Defendant's stated reason for obtaining the analytical data is based on his flawed assertion that the crack form of cocaine base must contain sodium bicarbonate. This statement is directly contradicted by the United States Sentencing Commission Guideline Manual's definition of crack in USSG 2D1.1, *Notes to Drug Quantity Table*, subparagraph (D) - "Cocaine base,"for purposes of this guideline, means "crack." "Crack" is the street name for a form of cocaine base, <u>usually prepared</u> by processing cocaine hydrochloride and sodium bicarbonate, and usually appearing in a lumpy, rocklike form." (Emphasis added). <u>See</u> <u>United States v. Medina</u>, 427 F.3d 88, 92 (2005) (Title 21, United States Code, Section 841(a)(1) regulates the distribution of any form of cocaine base, including crack cocaine).

Here, the Defendant stands indicted for selling more than five grams of cocaine base. The DEA analysis states that the substance sold by the Defendant was cocaine base that weighed 9.7 grams. Since the five gram amount effectively prescribes the

Defendant's sentencing range - both statutorily[2] and pursuant to the guidelines[3] - in order for the requested materials to be material and relevant, the Defendant would need to establish that the DEA laboratory erred by more than 4.7 grams on a 9.7 gram sample.  The Defendant has offered no reasons to support a finding that the evidence recovered in the Defendant's case was in some way tainted or contaminated so as to explain such a discrepancy.

A defendant's right to discover exculpatory evidence does not include the right to conduct a fishing expedition through the government's files.  <u>United States v. Caro-Muniz</u>, 406 F.3d 22, 29-30 (2005) citing <u>United States v. Pou</u>, 953 F.2d 363, 367 (8th Cir. 1992); <u>see also</u> Fed.R.Crim.P. Rule 16.  The Defendant's purported reasons for obtaining these documents are completely speculative.  Internal Government documents do not constitute "results or reports" as defined by Fed. R. Crim. P. Rule 16,[4] and

---

[2] <u>See</u> 21 U.S.C. §841(b)(1)(B) (provides for a five year mandatory minimum sentence if the cocaine base is more than five grams).

[3] <u>See</u> USSG 2D1.1(c)(7) (Drug Quantity Table sets a base offense level of 26 for "at least 5 grams but less than 20 grams of cocaine base.")

[4] <u>See</u> <u>United States v. Wilkerson,</u> 189 F.R.D. 14(D. Mass. 1999)(Court denied defense request for "All [DEA] written records, notes, and documentation relating to specimen acceptance, identification, chain-of-possession, transport, receipt, storage, processing, and testing," and "copies of all laboratory procedures utilized in the testing of these specimen(s) including scientific equipment, preparation and

courts have recognized the ability of the DEA laboratories to

accurately report analytical results.[5]  If a defendant doubts the

---

verification of chemical or test reagents, step-by-step
description or instruction of the testing process, examples of
test data produced or obtained by test analysis, criteria for the
review of test data, quality assurance and standardization
relating to test analysis, as well as a copy of the test analysis
data including instrument tracings and computer output obtained
from the testing of the specimen(s), standards, control, and
blank samples."); United States v. Price, 75 F.3d 1440, 1445
(10th Cir. 1996)(In denying defense Rule 16 motion for internal
lab procedures denied as beyond the scope of discovery
obligations, the court held, "[t]he language is clear on its
face.  It requires the prosecution to turn over 'results or
reports' of scientific tests.  The record shows the prosecution
turned over...all reports and test results....  The government
therefore complied with 16(a)(1)(D), and the court did not abuse
its discretion in refusing to permit additional discovery
relating to laboratory processes under that part of Rule 16.");
United States v. Iglesias, 881 F.2d 1519, 1521-1523 (9th Cir.
1989)(Court denied defense Rule 16(a)(1)(D) motion for "all
documents associated with any scientific analysis of any
controlled substance seized or otherwise obtained in the course
of any investigation leading to or otherwise associated with the
prosecution of this case.  This request includes but is not
limited to those records memorializing the storage and
transportation of any such substance from the time of seizure or
acquisition and thereafter up to and including the trial in this
matter" as beyond the scope of Rule 16); United States v. Berry,
670 F.2d 583 (5th Cir. 1982)(defense request for DEA laboratory
manual denied as irrelevant); Wolford v. United States, 401 F.2d
331 (10th Cir. 1968)(defense request for step-by-step testing
procedures denied).

   [5]See e.g. Belton v. United States, 580 A.2d 1289,1293
(D.C.App. 1990)("we observed that the chemists who conduct such
analyses do so routinely and generally do not have an interest in
the outcome of trials, that they are under a duty to make
accurate reports, and that it is difficult to perceive any motive
or opportunity for the chemists to falsify their reports.  We
therefore concluded that certified Drug Enforcement Agency
chemists reports are sufficiently trustworthy to satisfy the
purpose of the Confrontation Clause, and that admission of those
reports in lieu of the chemist's testimony was constitutionally
permissible.") (*internal citations and quotations omitted*).

4

accuracy of the government's results, his remedy is to have the
exhibit tested by his own expert, not to seek the Government's
internal reports.

In <u>United States v. Wilkerson</u>, the defendant filed a motion
which sought disclosure of a host of information from the
Government on its laboratory, including:

> Complete technical procedures relating to all tests
> conducted on the specimen(s) including but not limited
> to tests used to determine the presence and
> concentration and form of drugs or chemicals used to
> prepare or process drugs.  The description of these
> procedures should include copies of all laboratory
> procedures utilized in the testing of these specimen(s)
> including scientific equipment, preparation and
> verification of chemical or test reagents, step-by-step
> description or instruction of the testing process,
> examples of test data produced or obtained by test
> analysis, criteria for the review of test data, quality
> assurance and standardization relating to test
> analysis, as well as a copy of the test analysis data
> including instrument tracings and computer output
> obtained from the testing of the specimen(s),
> standards, control and blank samples.

<u>Wilkerson</u>, 189 F.R.D. 14, 15 (D. Mass. 1999).  In ruling on the
defendant's request for the internal laboratory procedures, the
Chief Magistrate Judge Robert Collings stated said the materials
were neither discoverable as "results or reports," nor under Rule
16(a)(2).  The defendant insisted that his materiality claim
trumped Rule 16(a)(2), but the court disagreed.  Rule 16(a)(2)
acts as a prohibition against compelled discovery of 'reports,
memoranda, or other internal government documents' even if they
could initially be categorized as 'material to the preparation of

the defendant's defense' as the term is used in Rule 16(a)(1).
Id. at 16.  The Defendant may cross-examine on the laboratory's
chain of custody procedures, and the processes which ensure the
accuracy of the laboratory's instrumentation.

The Government's burden concerning chain of custody
documents does not open the contents of an agencies internal
documents for inspection.  United States v. Myers, 294 F.3d 203,
210 (1st Cir. 2002 ("The links in a chain of custody need not be
welded to one another but, rather, may be more loosely
connected.")

The Defendant cites the "Society of Forensic Toxicologists
and the American Academy of Forensic Sciences" in support of his
motion.  Criminal discovery is not governed by the American
Academy of Forensic Sciences and the documents sought be the
Defendant are not discoverable in the context of a federal
criminal trial.  See Caro-Muniz, Id.

For the aforementioned reasons, the Government respectfully
requests this Court to deny the Defendant's Motion to Compel.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ Paul Hart Smyth
_____
Paul Hart Smyth
Assistant U.S. Attorney

Dated: January 24, 2006

6

U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION

## FORENSIC CHEMIST WORKSHEET

Page _1_ of _1_

| RECEIVED | | 3. SEALS | 4. FILE NO./EXHIBIT NO./LAB NO. |
|---|---|---|---|
| 1. FROM | 2. DATE | ☒ Intact ☐ Broken ☐ None | 245D BS-91441 / 92 / 170418 |
| D. MICHEAL | 3-4-05 | | |

**5. DESCRIPTION OF EVIDENCE**

A FBI plastic evidence envelope containing beige hard chunks in 2 clear plastic bags each bag tied in a knot

**6. SUMMARY OF FINDINGS**

Exhibit # 92 contains cocaine base

Gross Wt.     35.2    grams

Net Wt.      9.7     grams

| 7. EXH. NO. | 8. LAB. NO. | 9. ACTIVE DRUG INGREDIENT | 10. QUANTITATIVE RESULTS | 11. AMT. OF PURE DRUG | 12. RESERVE |
|---|---|---|---|---|---|
| 92 | 170418 | Cocaine base | 81 % | 7.8 grams | 9.1 grams |
| | | | | | |
| | | | | | |

**13. RESERVE EVIDENCE**

Reserve into a lab whirl-pak then into a lab plastic bag

| 14. FORENSIC CHEMIST'S SIGNATURE | 15. DATE REPORTED | 16. REVIEWED BY (Initials) & DATE |
|---|---|---|
| Florence Wong | 3-10-05 | CW 3/11/05 |

**17. REMARKS**

9041 Looo

FORM DEA-86 (6-00) *Previous editions are obsolete.*

Electronic Version Designed in Jetform 5.2 Version

FILE NO. 945D-BS-91441    EXHIBIT NO. 92    LAB NO. 170418

GROSS WEIGHT: 25.2 grams   DEA 294050    2W

DATE OPENED: 3-4-05

NET WEIGHT:

9.79 grams   DEA 294056

① 6.61 grams - 0.44 gram = 6.17 grams

② 3.86 grams - 0.24 grams = 3.62 grams
                                        9.79 grams
                                        Net Weight

**EVIDENCE SAMPLING PROCEDURES:**

Screened 2 bags by chemical tests, microscope & IR. Combined & ground.

**QUALITATIVE:**

CoSCN acid          blue
Bromophenol         blue
Furfural            no rxn
H₂O                 insol
AgNO₃, HNO₃         no rxn

Microscope:
30% HOAc dissolves
H₂PtCl₆   pale yellow feathers
TLTA acid    tufts

IR: Direct ATR
Results: Cocaine base
for ① and ②
Background - good

MSD: General M.
MeOH & CHCl₃
Results: Cocaine - Composite of
2 bags
Cocaine artifacts
Blank - no peaks

**QUANTITATION:**

METHOD #: GC: Coc 30 M
STANDARD: Coc HCl Std # 36 B
DATE PREPARED: 458.3 mg / 250 mls
2-1-05
SAMPLE:

40.4144 grams vol flask + sample
- 40.3121 "  "  "  "
.1023 grams → 50 mls  DEA 294056
10 mls IS Eicosane   81%

.81 × 9.7 grams = 7.8 grams

**RESERVE WEIGHT:**

10.40 grams
- 1.26 " lab vial - pak
9.14 grams   DEA 294056

**GROSS WEIGHT AFTER ANALYSIS:**

56.0 grams
DEA 294050

**SPECIAL PROGRAMS:**

N/A

**DATE SEALED:**

3-8-05

FORM DEA-86 (6-00) Reverse

*U.S. Government Printing Office: 2002 — 491-387/52008

Laboratory Number: 245D-BS-91441    EX.#92   170418
Name of File: C:\HPCHEM\1\DATA\170418.D
Date:  4 Mar 2005  15:33
Misc Info: COMPOSITE  OF  2 BAGS
Method Name: GENERAL.M

Vial Number: 8
Instrument: 5973 MSD



INSTRUMENT CONDITIONS
    temp: 90 C to 120  C, @ 35 C/min, initial time: 1.35 min
          120 C to 290 C, @ 45 C/min, initial time: 0.55 min
          final hold time: 8.5 min
    inj. port: 255 C,   transfer line: 280 C
    GC column: 30.0m HP-5MS 0.25mm dia. 0.25um film


Sample Information: 245D-BS-91441    EX.#92  170418
Date:  4 Mar 2005  15:33
Instrument:  DEA #272362      Initials:  JW

Library Searched    : \DATABASE\NBS75DS.L
Quality    : 99
ID    : Cocaine Std.  #36B



Library Searched    : C:\DATABASE\NIST98.L
Quality             : 90
ID                  : cis-Cinnamoylcocaine



Library Search ___
Quality          : 97
ID               : Cinnamoylcocaine



170418   #92                    3-4-05

Laboratory Number:
Name of File: C:\HPCHEM\1\DATA\MM418.D
Date: 4 Mar 2005 15:13
Misc Info:
Method Name: GENERAL.M

Vial Number: 7
Instrument: 5973 MSD



INSTRUMENT CONDITIONS
    temp: 90 C to 120  C, @ 35 C/min, initial time: 1.35 min
          120 C to 290 C, @ 45 C/min, initial time: 0.55 min
          final hold time: 8.5 min
    inj. port: 255 C,  transfer line: 280 C
    GC column: 30.0m HP-5MS 0.25mm dia. 0.25um film


Sample Information: BLANK  FOR   170418  EX.#92 COMPOSITE
Date: 4 Mar 2005 15:13
Instrument: DEA #272362     Initials: _____



BACKGROUND-170418

170418    EX. #92  (1)
245D-BS-91441
COCAINE  BASE

170418    EX. #92  (2)
245D-BS-91441
COCAINE BASE

COCAINE BASE
STD. #35A

4000.0    3000    2000    cm-1    1500    1000    650.0

c:\pei_data\spectra\170418-background.sp - FTIR-ATR\DEA 294046

c:\pei_data\spectra\170418- direct (1).sp - FTIR-ATR\DEA 294046 245D-BS-91441

c:\pei_data\spectra\170418- direct (2).sp - FTIR-ATR\DEA 294046 245D-BS-91441  EX #92  170418  direct (1)

c:\pei_data\spectra\170418- direct (2).sp - FTIR-ATR\DEA 294046 245D-BS-91441  EX #92  170418  direct (2)

c:\pei_data\spectra\atr std's\cocaine base atr.sp - DEA#272248 Cocaine Base NEL STD#35A, ATR, direct CMG 1MAY03

3-4-05

```
===========================================================================
Injection Date  : 3/4/2005 11:19:29 AM       Seq. Line :    2
Sample Name     : 170418                      Location : Vial 2
Acq. Operator   : DEA #272257 (GC/FID)             Inj :    1
                                          Inj Volume : 1 µl
Sequence File   : C:\HPCHEM\1\SEQUENCE\COC30M.S
Acq. Method     : C:\HPCHEM\1\METHODS\COC30M.M
Last changed    : 3/4/2005 11:17:16 AM by DEA #272257 (GC/FID)
Analysis Method : C:\HPCHEM\1\METHODS\COC30M.M
Last changed    : 3/4/2005 11:47:07 AM by DEA #272257 (GC/FID)
COC30M: Agilent HP-5 30m x 0.32mm x0.25um
Oven: 215C for 5.5min ramp 45c/min to 250C for 1.4min
Inlet: 270C Detector: FID 285C Split ratio: 75:1
Column Flow: (He) ramped flow 2.7ml/min for 5.5min to 5ml/min
===========================================================================
```



```
===========================================================================
                          ISTD Percent Report
===========================================================================
```

```
Sorted By             :      Signal
Calib. Data Modified  :      Friday, March 04, 2005 11:47:07 AM
Multiplier            :      0.8927
Dilution              :      50.0000
Sample Amount         :      102.30000   [mg/ml]
Sample ISTD Information:
ISTD  ISTD Amount    Name
 #      [mg/ml]
----|-------------|--------------------------
  1      1.00000    EICOSANE
```

Signal 1: FID1 A,

| RetTime [min] | Type | Area [pA*s] | Amt/Area ratio | Amount % | Grp | Name |
|------|------|------|------|------|------|------|
| 2.683 | BB  +I | 310.38693 | 1.00000 | 43.631476 | | EICOSANE |
| 5.034 | BB  + | 366.12085 | 1.58979 | 81.820238 | | COCAINE |

Totals without ISTD(s) :                 81.820238

 Results obtained with enhanced integrator!
```
===========================================================================
                         *** End of Report ***
```

```
=======================================================================
Injection Date  : 3/4/2005 11:29:29 AM       Seq. Line :   2
Sample Name     : 170418                       Location : Vial 2
Acq. Operator   : DEA #272257 (GC/FID)              Inj :   2
                                             Inj Volume : 1 µl
Sequence File   : C:\HPCHEM\1\SEQUENCE\COC30M.S
Acq. Method     : C:\HPCHEM\1\METHODS\COC30M.M
Last changed    : 3/4/2005 11:17:16 AM by DEA #272257 (GC/FID)
Analysis Method : C:\HPCHEM\1\METHODS\COC30M.M
Last changed    : 3/4/2005 11:47:07 AM by DEA #272257 (GC/FID)
COC30M: Agilent HP-5 30m x 0.32mm x0.25um
Oven: 215C for 5.5min ramp 45c/min to 250C for 1.4min
Inlet: 270C Detector: FID 285C Split ratio: 75:1
Column Flow: (He) ramped flow 2.7ml/min for 5.5min to 5ml/min
=======================================================================
```



```
=======================================================================
                          ISTD Percent Report
=======================================================================

Sorted By        :       Signal
Calib. Data Modified :   Friday, March 04, 2005 11:47:07 AM
Multiplier       :       0.8927
Dilution         :       50.0000
Sample Amount    :       102.30000   [mg/ml]
Sample ISTD Information:
ISTD  ISTD Amount   Name
 #     [mg/ml]
----|------------|-----------------------------
 1     1.00000     EICOSANE


Signal 1: FID1 A,

RetTime  Type     Area      Amt/Area    Amount   Grp   Name
 [min]           [pA*s]       ratio        %
-------|------|----------|-----------|----------|--|----------------
 2.684 BB  +I  310.29404   1.00000    43.631476        EICOSANE
 5.035 BB  +   366.25012   1.58979    81.873632        COCAINE

Totals without ISTD(s) :               81.873632

 Results obtained with enhanced integrator!
=======================================================================
                        *** End of Report ***
```

Case 3:09-cr-30047-MAP    Document 30-2

DEA #294028: 460.2 mg x 99.6% = 458.3mg/250 ml.
Final Conc.= 1.833 mg/ml. Prepared 01-FEB-05 by CE.Rech
eck 3-2-05

```
========================================================================
Injection Date  : 3/4/2005 11:09:34 AM          Seq. Line :   2
Sample Name     : COCAINE HCl #36B             Location : Vial 1
Acq. Operator   : DEA #272257 (GC/FID)              Inj :   1
                                            Inj Volume : 1 µl
Sequence File   : C:\HPCHEM\1\SEQUENCE\COC30M.S
Acq. Method     : C:\HPCHEM\1\METHODS\COC30M.M
Last changed    : 2/22/2005 9:39:54 AM by DEA #272257 (GC/FID)
Analysis Method : C:\HPCHEM\1\METHODS\COC30M.M
Last changed    : 3/4/2005 11:17:16 AM by DEA #272257 (GC/FID)
                    (recalibrated in sequence after loading)
COC30M: Agilent HP-5 30m x 0.32mm x0.25um
Oven: 215C for 5.5min ramp 45c/min to 250C for 1.4min
Inlet: 270C Detector: FID 285C Split ratio: 75:1
Column Flow: (He) ramped flow 2.7ml/min for 5.5min to 5ml/min
========================================================================
```



```
========================================================================
   Default Calibration Report (other requested info not available)
========================================================================
            ISTD Percent Report (after recalibration)
========================================================================
```

```
Sorted By           :     Signal
Calib. Data Modified :     Friday, March 04, 2005 11:17:16 AM
Multiplier          :     1.0000
Dilution            :     250.0000
Sample Amount       :     458.30000   [mg/ml]
Sample ISTD Information:
ISTD  ISTD Amount    Name
 #      [mg/ml]
----|--------------|------------------------------
  1     1.00000     EICOSANE


Signal 1: FID1 A,

RetTime  Type    Area      Amt/Area   Amount   Grp   Name
 [min]          [pA*s]      ratio       %
-------|------|-----------|----------|----------|--|------------------
 2.685 BB  +I  311.21851   1.00000   54.549422        EICOSANE
 5.038 BB  +   355.69666   1.60397  100.000000        COCAINE

Totals without ISTD(s) :               100.000000

 Results obtained with enhanced integrator!
========================================================================
                    *** End of Report ***
```

```
Sequence File      : C:\HPCHEM\1\SEQUENCE\COC30M.S
This calibration table was calculated during bracketing,
by averaging the calibration runs:

    C:\HPCHEM\1\DATA\04MAR05\C1F02001.D    COCAINE HCl #36B
    C:\HPCHEM\1\DATA\04MAR05\C1F02002.D    COCAINE HCl #36B

This calibration table is used for the following sample runs:

    C:\HPCHEM\1\DATA\04MAR05\002F0201.D    170418
    C:\HPCHEM\1\DATA\04MAR05\002F0202.D    170418

=====================================================================
                        Calibration Table
=====================================================================

COC30M: HP5 30M x .32mm x .25mcm

Calib. Data Modified  :        Friday, March 04, 2005 11:47:07 AM

Calculate             :        Internal Standard Percent
Based on              :        Peak Area

Rel. Reference Window :        5.000 %
Abs. Reference Window :        2.800 min
Rel. Non-ref. Window  :        5.000 %
Abs. Non-ref. Window  :        5.330 min
Uncalibrated Peaks    :        not reported
Partial Calibration   :        No recalibration if peaks missing

Curve Type            :        Linear
Origin                :        Included
Weight                :        Equal

Recalibration Settings:
Average Response      :        Floating Average New 75%
Average Retention Time:        Floating Average New 75%

Calibration Report Options :
    Printout of recalibrations within a sequence:
        Normal Report after Recalibration
    If the sequence is done with bracketing:
        Results of second cycle (starting next bracket)

Default Sample ISTD Information (if not set in sample table):
ISTD  ISTD Amount   Name
 #      [mg/ml]
----|------------|-------------------------
 1    250.00000   EICOSANE

Signal 1: FID1 A,

RetTime  Lvl  Amount      Area     Amt/Area Ref Grp Name
 [min] Sig    [mg/ml]
-------|--|--|----------|----------|----------|---|--|-------------
 2.684  1  1  250.00000 310.81004 8.04350e-1 +I1    EICOSANE
 5.035  1  1  458.30000 358.39760   1.27875 + 1     COCAINE

More compound-specific settings:

Compound: EICOSANE
  Time Window              : From 2.613 min To 2.753 min

Compound: COCAINE
  Time Window              : From 4.945 min To 5.115 min
=====================================================================
```

```
COCAINE HYDROCHLORIDE   .D #36B.
DEA #294028: 460.2 mg x 99.6% = 458.3mg/250 ml.
Final Conc.= 1.833 mg/ml. Prepared 01-FEB-05 by CE.Rech
eck 3-2-05
```

```
=================================================================
Injection Date  : 3/4/2005 11:39:25 AM          Seq. Line :   2
Sample Name     : COCAINE HCl #36B              Location : Vial 1
Acq. Operator   : DEA #272257 (GC/FID)               Inj :   1
                                               Inj Volume : 1 µl
Sequence File   : C:\HPCHEM\1\SEQUENCE\COC30M.S
Acq. Method     : C:\HPCHEM\1\METHODS\COC30M.M
Last changed    : 3/4/2005 11:17:16 AM by DEA #272257 (GC/FID)
Analysis Method : C:\HPCHEM\1\METHODS\COC30M.M
Last changed    : 3/4/2005 11:47:10 AM by DEA #272257 (GC/FID)
                  (recalibrated in sequence after loading)
COC30M: Agilent HP-5 30m x 0.32mm x0.25um
Oven: 215C for 5.5min ramp 45c/min to 250C for 1.4min
Inlet: 270C Detector: FID 285C Split ratio: 75:1
Column Flow: (He) ramped flow 2.7ml/min for 5.5min to 5ml/min
=================================================================
```



```
=================================================================
              Results of ending previous bracket
=================================================================
         ISTD Percent Report (after recalibration)
=================================================================
```

```
Sorted By            :    Signal
Calib. Data Modified :    Friday, March 04, 2005 11:47:07 AM
Multiplier           :    1.0000
Dilution             :    250.0000
Sample Amount        :    458.30000  [mg/ml]
Sample ISTD Information:
ISTD  ISTD Amount    Name
 #     [mg/ml]
----|-------------|-------------------------
  1     1.00000     EICOSANE
```

```
Signal 1: FID1 A,

RetTime  Type    Area     Amt/Area   Amount   Grp    Name
 [min]          [pA*s]    ratio        %
-------|------|----------|----------|----------|--|------------------
  2.684 BB  +I  310.67389  1.00000  54.549422       EICOSANE
  5.035 BB  +   359.29791  1.58979 100.295141       COCAINE

Totals without ISTD(s) :            100.295141

  Results obtained with enhanced integrator!
=================================================================
                   *** End of Report ***
```

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription    1/26/2005

     On January 26, 2005, a controlled purchase of suspected crack cocaine was made from MICHAEL MARRERO, AKA KING CLUMSY. The suspected crack cocaine was packaged in two clear plastic bags.

     On the same date, the undersigned agents conducted a field test on the suspected crack cocaine. The field test was positive for cocaine. The suspected crack cocaine and its packaging, were placed in an evidence bag, which was weighed and sealed. The weight of the sealed evidence bag containing the suspected cocaine and its packaging weighed 36.00 grams.

     The sealed evidence bag was submitted to the Boston Division custodian of evidence for safekeeping.

Investigation on    1/26/05    at  Springfield, MA

File #  245D-BS-91441-Spring                     Date dictated  1/26/05

by    SA MARK S. KARANGEKIS/msk,
      SFO FRANK OTT

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;

U.S. Department of Justice
Drug Enforcement Administration

**REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED**

Read Instructions on Reverse before completing.

| 1. HOW OBTAINED (Check) | | |
|---|---|---|
| ☐ Lab. Seizure | [X] Purchase | ☐ Seizure | ☐ Free Sample |
| ☐ Internal Body Carry | ☐ Money Flashed | ☐ Compliance Sample (Non-Criminal) | |
| | ☐ Other (Specify) | |

| 2a. FILE NO. | 2b. PROGRAM CODE | 3. G-DEP ID |
|---|---|---|
| 245D-BS-91441-Spring | CEI | |

| 4a. WHERE OBTAINED (City, State/Country) | 4b. DATE OBTAINED |
|---|---|
| Springfield, MA. | 1/26/05 |

| 5a. REFERRING AGENCY (Name) | 6b. REFERRAL |
|---|---|
| FBI | ☐ Case No. OR ☐ Seizure No. No. |

5. FILE TITLE
Operation Dethrone

| 7. DATE PREPARED | 8. GROUP NO. |
|---|---|
| 2/18/05 | Springfield RA |

| 9. Exhibit No. | 10. FDIN (8 characters) | 11. ALLEGED DRUGS | 12. MARKS OR LABELS (Describe fully) | APPROX. GROSS QUANTITY | | 15. Purchase Cost |
|---|---|---|---|---|---|---|
| | | | | 13. Seized | 14. Submitted | |
| 92 | | crack cocaine | None | 36.00gr | 36.00gr | $360.00 |
| 93 | | crack cocaine | None | 28.00gr | 28.00gr | $140.00 |
| 94 | | crack cocaine | None | 27.00gr | 27.00gr | $100.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

16. WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG ? [X] NO (included above)    ☐ YES (if Yes, enter exhibit no. and describe original container fully)

REMARKS:

-Ex. 92 was purchased by "Starkist" from Michael Marrero, AKA KingClumsy on 1/26/05 in Springfield, MA.

-Ex. 93 was purchased by "Starkist" from Danny Ross, AKA King Old Dirty on 2/1/05 in Springfield, MA.

-Ex. 94 was purchased by "Starkist" from Norman Andino, AKA King Dowboy on 1/27/05 in Springfield, MA.

| 17. SUBMITTED BY SPECIAL AGENT (Signature) | 18. APPROVED BY (Signature & Title) |
|---|---|
| SA Mark S. Karangekis | SSRA Michael G. O'Reilly |

**LABORATORY EVIDENCE RECEIPT REPORT**

| 19. NO. PACKAGES | 20. RECEIVED FROM (Signature & Date) | 21. Print or Type NAME and TITLE |
|---|---|---|
| 3 | 6752 7705 7656 | |

| 22. SEAL | 23. RECEIVED BY (Signature & Date) | 24. Print or Type NAME and TITLE |
|---|---|---|
| ☐ Broken [X] Unbroken | 3/22/05 | |
| MR 3/14/05 | | |

**LABORATORY REPORT**

25. ANALYSIS SUMMARY AND REMARKS

Exhibit #92 contains cocaine base.
   Gross Wt. = 35.2 g        Net Wt. = 9.7 g

Exhibit #93 contains cocaine base.
   Gross Wt. = 27.7 g        Net Wt. = 2.8 g

Exhibit #94 contains cocaine base.
   Gross Wt. = 26.8 g        Net Wt. = 1.3 g

| 26. Exhibit No. | 27. Lab. No. | 28. ACTIVE DRUG INGREDIENT (Established or Common Name) | CONCENTRATION | | | 32. AMT. OF PURE DRUG | 33. RESERVE |
|---|---|---|---|---|---|---|---|
| | | | 29. Strength | 30. Measure | 31. Unit | | |
| 92 | 170418 | cocaine base | 81 | % | | 7.8 g | 9.1 g |
| 93 | 170415 | cocaine base | 76 | % | | 2.1 g | 2.4 g |
| 94 | 170419 | cocaine base | 81 | % | | 1.0 g | 1.0 g |

| 34. ANALYST (Signature) | 35. TITLE | 36. DATE COMPLETED |
|---|---|---|
| FLORENCE WONG | FORENSIC CHEMIST | 3/10/05 |

| 37. APPROVED BY (Signature & Date) | 38. TITLE | 39. LAB. LOCATION |
|---|---|---|
| THOMAS M. PLACITELLA 3/3/05 | LABORATORY DIRECTOR | NEW YORK |

Form - 7
95)

Previous edition dated 4/90 may be used until stock is exhausted.

**1 – Prosecution**

(92) 006324    (93) 006325    (94) 006326



**U.S. Department of Justice**

**Federal Bureau of Investigation**

In Reply, Please Refer to
File No. 245D-BS-91441-Spring

One Center Plaza
Suite 600
Boston, Massachusetts 02108

February 18, 2004

Drug Enforcement Administration
Northeast Regional Laboratory
99 Tenth Avenue
Suite 721
New York, New York  10011

                    RE:  Federal Bureau of Investigation - Boston
                         File 245D-BS-91441-Spring.

Dear Sir:

        Enclosed herewith is one (1) Drug Enforcement
Administration (DEA) Form 7 documenting Exhibits # 92, 93, and 94 of
captioned investigation.  Exhibit #92 is described as a heat sealed
envelope.  The heat sealed exhibit envelope containing suspected
crack cocaine and packaging weighs approximately 36.00 grams.
Exhibit #92 was purchased under controlled circumstances on January
26, 2005 in Springfield, Massachusetts.

        Exhibit # 93 is described as a heat sealed envelope.  The
heat sealed envelope containing suspected crack cocaine and packaging
weighs approximately 28.00 grams.  Exhibit # 93 was purchased under
controlled circumstances on February 1, 2005 in Springfield,
Massachusetts.

Exhibit # 94 is described as a heat sealed envelope. The heat sealed envelope containing suspected crack cocaine and packaging weighs approximately 27.00 grams. Exhibit # 94 was purchased under controlled circumstances on January 27, 2005 in Springfield, Massachusetts

The DEA Lab is requested to analyze the enclosed substances and prepare an analysis report.

Sincerely,

Kenneth M. Kaiser
Special Agent in Charge

By:
Michael G. O'Reilly
Supervisory Special Agent

2