UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal No. 05-30047-MAP |
| v. | ) |
| MICHAEL MARRERO, | ) |
| Defendant. | ) |

**MEMORANDUM PURSUANT TO LOCAL RULE 116.5(C)**

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, through the undersigned assistant U.S. Attorney, and Attorney Harry L. Miles, hereby submit the following status report pursuant to Local Rule 116.5(C) and Magistrate Judge Neiman's written orders.

1.  The Government asserts that it has provided or made available all of its discoverable information. The Defendant has requested additional discovery. The parties have submitted motions setting forth their respective arguments concerning the discovery issues.

2.  The Defendant does not intend to raise a defense of insanity, public authority, or alibi.

3.  The Defendant intends to file motions to suppress statements and physical evidence. There motions will require a ruling by the District Court before trial pursuant to Fed. R. Crim. Pro. 12(C).

4.  The parties request this Court to set a date for final

status conference.  The parties will be prepared to submit a final status report when the discovery issues have been resolved.

5.   The parties agree that the time from November 28, 2005 through January 8, 2006, is excludable from the Speedy Trial Act in the interests of justice pursuant to 18 U.S.C. § 3161(h)(B)(iv) and Local Rule 112.2(A)(1),(2), and (3).  During this time period the parties were waiting on discovery materials from the Drug Enforcement Administration.  Counsel also needed this time to review the existing discovery with the Defendant and prepare pretrial motions.

The parties respectfully request this Court to exclude the time from January 9, 2006 February 2, 2006, from the Speedy Trial Act since the Defendant's Motion to Compel Discovery was pending.  See 18 U.S.C. § 18 U.S.C. §§ 3161(h)(1)(F).  As of February 2, 2006, no time has run on the Speedy Trial Clock.

6.   In the event that a trial is necessary the trial will last approximately 5 days.

Filed this 2nd day of February, 2006.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                              /s/ Paul Hart Smyth
                              _____
                              Paul Hart Smyth
                              Assistant United States Attorney

```
                          /s/ Harry L. Miles
                          _____
                          Attorney Harry L. Miles
                          Green, Miles, Lipton & Fitz-Gibbon
                          77 Pleasant St., P.O. Box 210
                          Northampton, MA 01061-0210
                          Voice:    413.586.8218
                          Fax:      413.584.6278
                          BBO#:     345800
                          On behalf of Defendant Marrero
```