

*U.S. Department of Justice*

*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (413) 785-0235*    *Federal Building & Courthouse*
*Fax: (413) 785-0394*    *Main Street, Room 310*
    *Springfield, Massachusetts 01103*

February 9, 2006

Harry Miles, Esq.
77 Pleasant Street
Northampton, MA 01061

Re:  <u>United States v. Michael Marrero</u>
     Criminal No. 05-30047-MAP

Dear Attorney Miles:

   Please consider this letter a response Chief Magistrate Judge Kenneth P. Neiman's order issued on February 2, 2006.

   Enclosed please find the internal Drug Enforcement Administration's ("DEA") chain of custody documentation, specifically, the DEA *Evidence Accountability Record* (Form DEA-307; one page; agency case # 245-BS-91441).

   Please be advised that the government maintains that the Defendant, on January 26, 2005, provided two bags of cocaine base in the form of crack cocaine to the cooperating witness. The FBI agents who investigated the Defendant did not combine the contents of the two bags. Instead, the agents submitted the two bags to the DEA's Northeastern Regional Laboratory as Exhibit 92.

1

DEA Analyst Florence Wong examined the two bags individually before combining them and examining the composite sample with a mass spectrometer. The tests that Wong performed on each bag separately and on the composite sample are summarized on the Forensic Chemist Worksheet Form DEA-86. This document has previously been provided to you. I have enclosed another copy to assist the below description concerning Wong's examination of the Exhibit #92.

Wong first weighed each of the bags of the suspected crack cocaine individually, and then subtracted the weight of the plastic bag holding the respective samples. This calculation is evident in the upper right hand corner of the reverse side of the worksheet Form DEA-86. For instance, one of the bags, sample #1, displayed a gross weight of 6.61 grams, and a net weight of 6.17 grams.

After weighing the substances Wong performed three series of tests for each substance before she combined samples of each substance. First, Wong performed a series of "qualitative" tests by adding five substances to a small sample from each of the two bags. The substance and the resulting reactions are documented under the heading of "Qualitative." For instance, Wong added Bromophenol to a sample from each bag. The resulting reaction between the sample and the Bromophenol was that the substance turned blue. This series of reactions led Wong to conclude that

the substances contained in each of the sample bags consisted of cocaine base.

After performing the "qualitative" tests, Wong performed a microscopic exam of a sample from each bag. Wong added acidic acid to a sample of evidence from each of the two bags and formed the opinion that each bag contained cocaine base. These findings are contained on the right hand column of the reverse side of Form DEA-86, under the word "Microscope." Wong also added reagents to the samples and observed the reactions. The samples reacted in such a way that Wong concluded the substance in each sample bag was cocaine base.

Wong next screened a sample from each bag with an inferred spectroscopy. Her findings are contained under the hand-written heading "IR." The word "Direct" means that Wong tested the substance "as is," or that she did not add anything to the samples before examining them with the inferred spectroscopy. Wong concluded that each bag contained cocaine base based on this examination.

After conducting these three evidence sampling procedures, Wong combined a small amount from each sample to form a composite sample. Wong then examined the composite with a mass spectrometer. The test concluded that the substance was cocaine base, 81% purity. This finding is reflected on the Form DEA-86, under the heading "Quantitation."

    Please call me at (413)785-0106 if you have questions.

                                    MICHAEL J. SULLIVAN  
                                    United States Attorney

                         By:  /s/ Paul Hart Smyth  
                               _____  
                                Paul Hart Smyth  
                                Assistant U.S. Attorney

cc:  Ms. Bethany Healy  
    Clerk to the Honorable Chief Magistrate Kenneth P. Neiman  
    (w/o enclosure(s))