UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>    v. )<br>)<br>)<br>)<br>MICHAEL MARRERO, )<br>    Defendant. )<br>) | CRIMINAL NO. 05-cr-30047-MAP |

<u>JOINT MOTION FOR A CONTINUANCE</u>

    The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, and the Defendant through Attorney Harry Miles respectfully request this Court to continue this case for a further status date until a date convenient for the Court in April.

    In support of this motion the government states that Attorney Miles competing caseload has interfered with his filing of the Defendant's pretrial motions, including a motion for funds for a toxicologist.  According to Attorney Miles, the Defendant's toxicologist's report may result in further discovery requests.  Although the government complied (on February 9, 2006) with this Court's order issued on February 2, 2006, Attorney Miles has not yet been able to share the entire discovery package with the Defendant.

    Filed this 2nd day of March, 2006.

                                                  Respectfully submitted,

                                                  MICHAEL J. SULLIVAN
                                                  United States Attorney

```
By:   /s/ Paul Hart Smyth
      _____
      Paul Hart Smyth
      Assistant U.S. Attorney


      /s/ Harry Miles
      _____
      Attorney Harry Miles
      Counsel for Michael Marrero
```