UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Western Division
Criminal No. 05-30047-MAP

-------------------------

UNITED STATES

v.

MICHAEL MARRERO, Defendant.

============================

DEFENDANT'S MOTION FOR RESOURCES

================================

1. The Defendant, Michael Marrero, respectfully moves this Honorable Court to authorize him to consult a toxicologist or pharmacologist and authorize him to spend not more than five hundred ($500) dollars to compensate the toxicologist or pharmacologist for the consultation without further order of the Court.

2. As grounds therefor, defendant represents that the Government has provided more of the documents disclosing the laboratory analysis of the seized substances which the defendant requested.

3. Defense counsel is not able to interpret the scientific terms which the documents contain without the help of an expert.

Dated at Northampton, March 13, 2006.

Respectfully submitted
The Defendant by his attorney


/s/ *Harry L. Miles*
Harry L. Miles, of
*Green, Miles, Lipton & Fitz-Gibbon LLP*
77 Pleasant Street
P.O. Box 210
Northampton, MA 01061-0210
Voice:     413.586.8218
Fax:       413.584.6278
BBO#:      345800

## Certificate of Service

I certify that I have served a copy of this motion upon all counsel of record by filing it electronically.

/s/ *Harry L. Miles*
    Harry L. Miles