UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Western Division
Criminal No. 05-30047-MAP

------------------------

UNITED STATES

v.

MICHAEL MARRERO, Defendant.

===========================

DEFENDANT'S SECOND MOTION TO COMPEL DISCOVERY AND REQUEST FOR
HEARING

============================================================

The Defendant, Michael Marrero, respectfully moves this

Honorable Court pursuant to Fed. R. Crim. P., 16, *Brady v.*

*Maryland,* 373 U.S. 83, 83 S.Ct. 1194, 10 L.Ed.2d 215 (1963), and

*Giglio v. United States*, 405 U.S. 150, 92 S.Ct. 763, 31 L.Ed.2d

104 (1972) to order the Government to provide him with the bench

notes of the analyst who analyzed the substances at issue in the

Defendant's case.

As grounds for this motion, the defendant represents and

alleges that:

1.    He has consulted with forensic toxicologist David

      Benjamin, Ph.D.

2.    Dr. Benjamin, a Fellow of the Toxicology Section of the

      American Academy of Forensic Sciences and an expert who

1

has testified before this Court in the matter of *United States v. Lincoln Brown*, Indictment No. 00-30027-MAP, has reported that he examined the information which the Government has supplied about its testing procedures.

3.  Dr. Benjamin further reports that the Government's information does not allow him to determine whether the Government tested material from each evidence sample separately or tested a composite of the evidence samples.

4.  Therefore, Dr. Benjamin opines that he needs the IR spectra from each test the Government performed and information about when the evidence samples were combined in relation to the testing that the Government performed to determine whether free base was present in each evidence sample before they were combined.

5.  Thus, the Defendant needs the bench notes of the Government's analyst to permit his expert to determine the sequence of events before, during and after the analyses that were performed.

6.  The defendant further contends that his request is not a fishing expedition through the Government's files. The request is focused on that information necessary to permit the Defendant's expert to review the analytic procedures in controversy.

2

7.    A copy of Dr. Benjamin's report dated March 20, 2006, is

attached hereto and incorporated herein. A copy of Dr.

Benjamin's Curriculum Vita is attached hereto and

incorporated herein.

The Defendant respectfully requests a hearing on this

motion should the Court deem it necessary.

Dated at Northampton, March 23, 2006.

Respectfully submitted
The Defendant by his attorney
/s/ *Harry L. Miles*
Harry L. Miles, of
*Green, Miles, Lipton & Fitz-Gibbon LLP*
77 Pleasant Street
P.O. Box 210
Northampton, MA 01061-0210
Voice:    413.586.8218
Fax:      413.584.6278
BBO#:     345800

Certificate of Conference:    I, Harry L. Miles, certify that I
have discussed this motion with Paul Smyth, Esq., Assistant
United States Attorney, on March 22, 2006, to attempt to limit
the issues.

/s/ *Harry L. Miles*
Harry L. Miles

Certificate of Service: I, Harry L. Miles, certify that I have
served a copy of this motion upon Assistant United States
Attorney Paul Smyth by filing it electronically today, March 23,
2006.

/s/ *Harry L. Miles*
Harry L. Miles

# David M. Benjamin, Ph.D.

77 Florence Street
Suite 107N
Chestnut Hill, Mass. 02467-1918

Telephone (617) 969-1393
Facsimile (617) 969-4285
E-mail: medlaw@channel1.com

DAVID M. BENJAMIN, PH.D.
CLINICAL PHARMACOLOGIST & TOXICOLOGIST

New Email: medlaw@doctorbenjamin.com

March 20, 2006

Harry Miles, Esq.
77 Pleasant Street
Northampton, MA  01061

Re: US vs. Michael Marrero

Dear Attorney Miles:

I have reviewed the DEA Evidence Accountability Record and the data contained on the
DEA Forensic Chemist Worksheet (Form DEA-86), sides one and two, which you
forwarded to me Thursday, March 16, 2006.

I have the following comments regarding the laboratory testing that was conducted:

1.  Under Qualitative, there are no notes stating that each bag of evidence was tested
independently.  The report merely states "Screened 2 bags by chemical tests, microscope
& IR.  Combined and ground."  Results of each test listed below should have been listed
for Bag 1 and Bag 2 separately.

Regarding each of the "screening tests" conducted:

CoSCN, plus acid, is a cobalt thiocyanate test for cocaine.  A blue color is generally
considered a "presumptive positive" for the presence of cocaine.  The need to add acid
converts a free base form of cocaine to cocaine salt (HCl or hydrochloride) which then
becomes soluble and reacts with the cobalt thiocyanate to produce a blue color.
The results do not indicate if the blue color formed upon the initial addition of the cobalt
thiocyanate reagent, which would indicate a salt form.  I can only infer that it was
necessary to add "acid" in order to obtain the presumptive positive, but it is not stated
explicitly.

Bromophenol, can yield a blue color indicative of a "presumptive positive" for cocaine.

Furfural produced no reaction.  I do not know the significance of this test result.

Harry Miles, Esq.
Page 2

$H_2O$ is chemical "short-hand" for water. This test indicates that some portion of the tested material was insoluble in water. This could be an excipient or impurity in the sample and have nothing to do with cocaine, free base or otherwise. These results do nothing to elucidate the chemical composition of the tested material, i.e., it does not demonstrate either cocaine salt or a free base form to be present, only that some portion of the tested material was not soluble in water.

$AgNO_3$ is chemical "short-hand" for silver nitrate and $HNO_3$ is chemical "short-hand" for nitric acid. Silver nitrate (in nitric acid) is used as a qualitative test for the presence of the chloride anion, as would be found in cocaine salt (HCl or hydrochloride). The lack of formation of a white precipitate shows the absence of the chloride anion ($Cl^-$).

Microscope:

$H_2PtCl_6$ is chemical "short-hand" for chloroplatinic acid which is supposed to form small plate-like microcrystals with cocaine, which can be visualized under a microscope for identification. This test is not specific for cocaine base.

All of the above-mentioned tests are screening level (i.e., presumptive) tests only and none are sufficiently reliable in themselves or in combination to conclude with reasonable scientific certainty that cocaine HCl or cocaine free base are present.

Moreover, since there is no specific statement of the results of each "bag" tested, my ability to offer greater insight into the results of the above-tests is confounded by a lack of scientific data.

IR or Infra-Red Spectroscopy:

The analyst states that IR testing demonstrated the presence of "cocaine base", but the actual IR spectra have not been attached. Without copies of the actual IR spectra tracings, I cannot confirm or refute the interpretation of the presented testing. Moreover, I need to see individual IR spectra for each "bag" of evidence that was tested.

Gas Chromatography-Mass Spectrometry (GCMS):

The GCMS analysis can determine the presence of cocaine qualitatively and quantitatively, but it cannot differentiate the free base forms of cocaine from the salt (i.e., hydrochloride) because only the water-insoluble forms of cocaine (i.e., the free base forms) can be dissolved in the organic solvents that are used as a solvent for GCMS analyses.

Harry Miles, Esq.
Page 3


Therefore, I conclude with reasonable scientific certainty that the results of analytical testing supplied by the DEA in this case are not sufficient for me to determine if the free base form of cocaine was present or not and that I would have to receive copies of the IR spectra for both bag 1 and bag 2 in order to determine if cocaine free base was present in the analyzed samples.

Please ask the government to supply copies of the IR spectra that were run on each of the two individual samples of evidence that are the subject of this investigation and forward them to me for review. I will then be in a better position to determine if the analyzed samples contained cocaine base or not.

Sincerely,

David M. Benjamin, Ph.D.
Clinical Pharmacologist and
Forensic Toxicologist

**David M. Benjamin, Ph.D**
**Clinical Pharmacologist & Toxicologist**
**77 Florence Street - Suite 107N**
**Chestnut Hill, MA 02467- 2121**
**Phone: 617-969-1393 - E-mail: medlaw2@earthlink.net**

## Brief Biography

### Academic

Boston University, B.A. in Biological Sciences, 1968
University of Vermont College of Medicine, M.S. & Ph.D. in Pharmacology, 1968-72
Kansas Univ. Medical Center, Fellowship, Clinical Pharmacology/Toxicology, 1972-3

### Work Experience in the Pharmaceutical Industry

Twelve years of experience in the Pharmaceutical Industry:  Conducting Clinical Drug Studies, Evaluating Adverse Drug Reactions, Writing Labeling, and Filing INDs and NDAs with the FDA.

### Publications

Dr. Benjamin has more than 175 Presentations and Publications listed on his full CV, including a book chapter entitled "*Forensic Pharmacology*" in *Forensic Science Handbook Volume III*.  This textbook was reviewed by the Journal of Forensic Sciences and described as follows:  "This third volume follows what has become a tradition of in depth chapters written by recognized forensic experts . . . . Forensic science practitioners and attorneys who interact with them, in either the criminal or civil areas, will find this collection of learned treatises a required addition to their professional library."

### Teaching Experience

Adjunct Assistant Professor - Tufts University School of Medicine, 2001;  Harvard Medical School Risk Management Program, Boston, MA, Dec.1999 - 2003; Breathalyzer and Blood Alcohol, Field Sobriety Testing, Urine Drug Screening and Drug Recognition Testing, ABA/NHTSA Seminar for Judges, 4/30/99 & Traffic Adjudication Seminar for Florida Judges, Dec. 1999 - 2003; Understanding Blood Alcohol Levels - Mass. Academy of Trial Attorneys - Operating Under the Influence Seminar  Oct. 1994 - Mass. Continuing Legal Education - 2/13/96, 5/21/96 & 7/27/98;GW University Law School (99-03); The Role of the Occupational Health Specialist in a Toxic Chemical Exposure Case - Harvard School of Public Health - 1999-02;  Massachusetts College of Pharmacy & Allied Health Sciences, Adjunct Associate Professor of Regulatory Affairs & Health Policy - 1999 - 2000; Food and Drug Law and Public Policy Issues - Fordham Law School - April 1994-5; Scientific Evidence - Stetson University College of Law  - 1990, 1997-03; American Board of Quality Assurance and Utilization Review Physicians - 1998 - 02;  American Academy of Forensic Sciences;  American College of Legal Medicine;  Risk Management for Physicians - Harvard Medical School - Jan. 1995; The Interface of Drug Product Liability and Medical Malpractice - Conference of the American Association of Legal Nurse Consultants - May 1995;  Statistics, Science and Using the Medical Literature - ATLA's National College of Advocacy - Paralegal Program - June 1995; Understanding the Analysis of Blood and Urine Samples for Drug Abuse - Mass. Continuing Legal Education - 1994/95;  Presenting Scientific Evidence in Court: Meeting the *Daubert* Standards for Reliability, Am. Acad. Forensic Sciences, 2/21/00; Chair, Teaching Forum, American College of Clinical Pharmacology -1999-Present, Chair, Education Committee, 2003-Present.

### Professional Organizations

Fellow, American College of Clinical Pharmacology, Board of Regents, 2000-2005; Program Committee, 1999 & 2002-3; Education Committee, & Chair, Teaching Forum, 00-03; Fellow, American College of Legal Medicine; Fellow, American Academy of Forensic Sciences (Toxicology); Member: American Society for Clinical Pharmacology & Therapeutics; Am. Acad. of Clinical Toxicology; American Health Lawyers Association - Member, Dispute Resolution Service for Mediation & Arbitration; American Public Health Association, & Fellow, American Society for Healthcare Risk Management; Editorial Boards: J. Healthcare Risk Management & J. of Clinical Pharmacology.

**David M. Benjamin, Ph.D.**
**Clinical Pharmacologist & Toxicologist**
**77 Florence Street - Suite 107N**
**Chestnut Hill, MA 02467- 2121**
**Phone: 617- 969-1393  Fax: 617- 969-4285**
**E-mail: medlaw2@earthlink.net**

### CURRICULUM VITAE

### EDUCATION
University of Kansas Medical Center, Departments of Medicine and Pharmacology, Post-Doctoral Fellowship in Clinical Pharmacology and Toxicology, 1972-1973.

University of Vermont College of Medicine, Department of Pharmacology, M.S., 1970; Ph.D., 1972.

Boston University, Department of Biological Sciences, Biological Sciences with emphasis in Physiology, B.A., 1968.

### CURRENT CONSULTING ACTIVITIES
Clinical Pharmacology, Clinical & Forensic Toxicology; Drug Interactions, Pharmacokinetics; Adverse Drug Reactions; Drug Safety, Substance Abuse; Federal Regulations governing: Clinical Trials, IND/NDA Filings; Product Labeling; Informed Consent, Human Rights; QC/QA; GMPs; L-Tryptophan and Eosinophilia Myalgia Syndrome.

### EMPLOYMENT HISTORY IN THE PHARMACEUTICAL INDUSTRY (from most recent)
William H. Rorer, Inc./Revlon Health Care (Rorer acquired Revlon in 1985), Ethical Products Division, USV Laboratories & Armour Pharmaceutical Company, Director, Clinical Research - 1984-1986.

Astra Pharmaceutical Products, Inc.
Director, Clinical Research (Local Anesthetic Products & Pain Control) - 1982-3

Hoffmann-La Roche, Inc.
Director, Corporate Licensing Department - 1980-1982
Clinical Research Scientist (Medical Monitor) - 1974-1980

Pfizer Pharmaceuticals
Assistant Director, Scientific Affairs - 1973-1974

### ACADEMIC APPOINTMENTS AND ADVISORY AFFILIATIONS

Tufts University School of Medicine
Dept. Pharmacology & Experimental Therapeutics
Adjunct Assistant Professor, 2001-Present

Cornell University Medical College,
Dept. of Pharmacology
Clinical Pharmacology Section,
Assistant Adjunct Professor, 1976-1982

University of Bonn School of Medicine
Bonn, Germany, Visiting Professor of Medicine
and Pharmacology, October, 1981.

Massachusetts College of Pharmacy and AHS
Adjunct Associate Professor of Regulatory
Affairs & Health Policy, 1999-2000

Massachusetts General Hospital
Division of Nuclear Medicine
Consultant in Drug Development - 1989-1998

*Drug Therapy*, Department Editor, 1993-94

*Journal of Healthcare Risk Management*,
Editorial Review Board, 1998-Present

*Journal of Clinical Pharmacology*
Editorial Board, 2000-Present

*Journal of Quality Health Care*
Editorial Board, 2001-Present

Guest Faculty: Harvard School of Public Health - Occupational Health Policy & Administration Course 1995-2003
Stetson University College of Law (1990, 1997-Present), Fordham University School of Law (1994, 1995), Harvard Medical School Risk Management Program (1999-Present); George Washington University Law School (99-Present)

## PROFESSIONAL SOCIETIES
Society of the Sigma Xi, 1975-Present
American Pharmaceutical Association, Academy of Pharmaceutical Research and Sciences 1974- Present
American Society for Clinical Pharmacology and Therapeutics, since 1970s
member - Medical Education Committee, 1976-83, Program Committee, 1982-83
    Constitution and By-Laws Committee, 1984-85
    Committee on Substance Abuse, 1987-1999
American College of Clinical Pharmacology Member/Fellow1972-Present; Board of Regents, 2000-2005; Chair, Teaching Forum, 1999-Present; Program & Education Committees 1999-00; Program Committee 2002
New York Academy of Sciences, 1976-2001
American Academy of Dermatology, 1978-79; 1983-84
American Federation for Clinical Research, 1970s-1998
Associates of Clinical Pharmacology, 1979-86; (President, 1981-82)
American Pain Society, 1982-84
American Association for the Advancement of Science, 1980-2001
American Society of Regional Anesthesia, 1983-Present
American Society of Anesthesiologists, 1983-Present
American Academy of Clinical Toxicology, since 1970s; member - Acute and Intensive Care Section, 1990-Present
American College of Legal Medicine, 1991; Elected Fellow 1998
American Society of Law, Medicine and Ethics  1991-1996
Drug Information Association, 1987-1998
National Forensic Center, 1986-2001, Member, Advisory Board, 1991-93
Association of Trial Lawyers of America, Non-Attorney Member 1990-Present
Defense Research Institute, Non-Attorney Member 1990-Present
The Hastings Center, 1992-1995
American Health Lawyers Association (formerly NHLA), Non-Attorney Member, 1993-1999
International Society of Occupational Medicine & Toxicology, 1994-Present
American Statistical Association, 1994-1998
Pittsburgh Institute of Legal Medicine, 1994-2001
American Academy of Forensic Sciences, (Forensic Toxicology) 1995-Present; Fellow, 2001
American Society for Healthcare Risk Management, 1996-Present; Fellow, June 2002
American Public Health Association, 1997-2001

## DISPUTE RESOLUTION PROGRAMS
NHLA/AAA Training Program in Arbitration - 1993
NHLA Training Program in Mediation - 1997
NHLA Alternative Dispute Resolution Service (Arbitration, 1993 & Mediation, 1997)
Negotiation and Conflict Resolution for Health Care - Harvard School of Public Health, 1997
Center for Medical Ethics and Mediation, San Diego, CA, Instructor, 1997, Board Member, 1998.

## ACADEMIC HONORS
Awarded Second Prize in Independent Research Competition, Vermont Chapter of the Sigma Xi, 1970.
Participant: ASPET's Third Supplementary Training Program in Molecular
Pharmacology- University of California Medical Center, SF, CA - July, 1971
Completed Massachusetts Institute of Technology's summer program in:  Enzymes in
Analysis and Diagnosis - Certificate of Completion - June, 1975
American Men and Women of Science, 14th Edition, 1979.  Who's Who in the East, 23rd Edition, 1990.

Conversational French, German and Italian.

## RESEARCH INTERESTS
Clinical Trial Methodology, Pharmacokinetics, Drug Interactions, Adverse Drug Reactions, Clinical Toxicology, Substance Abuse, Correlations Between Drug Blood Levels and Pharmacologic and Toxicologic Effects.

**BREATHALYZER TESTING:** Breath Alcohol Testing for Forensic Purposes; Principles, Practice and Present Status, Completed: August 24, 1999, at UCLA, as part of the International Association of Forensic Sciences, LA, CA.

## DISSERTATIONS
Ph.D. Thesis:  A Study of Approaches to the Chemical Analysis of Aminoglycoside Antibiotics, September, 1972.

Master's Thesis:  Studies of the Molecular Interaction Between Warfarin and Cholestyramine, May, 1970.

## PRESENTATIONS AND PUBLICATIONS

Benjamin, David M., Robinson, Donald, S. and McCormack, John J.:
Cholestyramine Binding of Warfarin in Man and In Vitro. Clinical Research 18:336, 1970.

Benjamin, David M., McCormack, John J. and Gump, Deiter W.:  Studies of Approaches
to the Chemical Determination of Kanamycin in Body Fluids.  (Presented at the Eleventh Interscience
Conference on Antimicrobial Agents and Chemotherapy, Atlantic City, NJ, October, 1971).

Shoeman, Donald W., Benjamin, David M. and Azarnoff, Daniel L.:
Alteration of Human Serum Albumin in Uremia. (Presented: the New York Academy of Sciences'
Conference on Drug Protein Binding, New York, New York, January, 1973).

Maxwell, D.R., Benjamin, D.M., Donahay, S., et al:  Randomized Double-Blind Study of
1, 25-dihydroxy-vitamin D-3. (Presented in part at the Clinical Dialysis and Transplant Forum of the Council
of Dialysis and Transplantation, National Kidney Foundation, Washington, DC, November, 1977).

Benjamin, David M., Symposium Chairperson:  Clinical Pharmacology/Toxicology of Drug Abuse.
(Presented at the Seventh Annual Meeting of the American College of Clinical Pharmacology,
San Francisco, CA, April, 1978).

Benjamin, David M.:  Patterns of Drug Abuse. (Presented at the Seventh Annual Meeting of the American
College of Clinical Pharmacology, San Francisco, CA, April, 1978).

Benjamin, David M.:  Problems of Polypharmacy. (Presented in part at "Use of Psychopharmacologic and
Analgesic Agents in the Clinical and Psychosocial Care of the Dying Patient and the Bereaved",
Columbia-Presbyterian Medical Center, New York, New York, May, 1978).

Benjamin, David M., Carbone, John J. and Coutinho, Claude B.:  Effects of Phenobarbital and SKF-525A
on the Metabolism and Hypnotic Effect of Flunitrazepam in Mice. (Presented at the Annual Meeting of the
Academy of Pharmaceutical Sciences, Hollywood, FL, November, 1978).

Diagnosis and Treatment of Drug Abuse, Invited Discussant, Rutgers Medical School,
Piscataway NJ, May, 1978.

Benjamin, David M., Berl, T., Maxwell, D. et al:  Effects of Calcitriol on the Biochemical Abnormalities
Associated With Chronic Dialysis:  A Multi-Center Double-Blind Controlled Study.
(Presented at the Annual Meeting of the American Society of Clinical Pharmacology and Therapeutics,
Kansas City, MO, March, 1979).

Benjamin, David M. - Co-Chairperson - Experimental Protocol Design, (Presented at the Annual Meeting of
the Associates of Clinical Pharmacology, Kansas City, MO, March, 1979).

Benjamin, David M.:  Analgesia, Pain and Analgesic Drug Interactions.
(Presented at the American Cancer Society Symposium:  Pain Control for the Cancer Patient:  A
Multidisciplinary Approach, Nutley, NJ, April 23, 1980).

New Developments in Local Anesthetic Agents and Pain Control, Invited Presenter, Workshop on Regional
Anesthesia, Sponsored by the American Society of Regional Anesthesia,
Cambridge, MA, October, 1982.

Case 3:03-cr-30047-MAP     Document 99-3     Filed 03/23/2006     Page 7 of 17

Greenblatt, D.J., Benjamin, D.M., Willis, C.R., et al:  Two-Percent Lidocaine Solution: Systemic Plasma Levels Following Topical Oral Cavity Use, Or When Swallowed.
(Presented at the Annual Meeting of the American College of Clinical Pharmacology, October, 1984).

Benjamin, D.M., Gordon, G., Baran, D. et al:  Intranasal Calcitonin Lowers Alkaline Phosphatase In Pagetic Patients. (Presented at the International Conference on Calcium and Bone Metabolism, Nice, France, October, 1986).

Benjamin, David M., et al: Open-Label Study of Intal (cromolyn sodium) in Patients With Eosinophilia Myalgia Syndrome Due to L-tryptophan. Preliminary report: L-T/EMS Update, November, 1990, and J. Pharmacy Practice 4:(2) VI-X, 1991.

Benjamin, David M.:  When Is A Drug Not A Drug?  The L-Tryptophan Tragedy: Lessons To Be Learned. (Presented at the Annual Meeting of the Drug Information Agency, Washington, DC, June 18, 1991).

Robinson, Donald S., Benjamin, David M. and McCormack, John J.:  Interaction of Warfarin and Nonsystemic Gastrointestinal Drugs, Clin. Pharmacol. Therap. 12:491-495.1971.

Benjamin, David, McCormack, John and Gump, Deiter:  The Use of Newer Amino Group Reagents For The Detection And Determination of Kanamycin, Anal. Chem. 45:1531-1534, 1973.

Shoeman, Donald W., Benjamin, David M. and Azarnoff, Daniel L.:  The Alteration of Plasma Protein in Uremia as Reflected in The Ability to Bind Diphenylhydantoin, Ann. N.Y. Acad. Sci. 226:127-130, 1973.

Maxwell, D.R., Benjamin, D.M., Donahay, S.L.:  Effects of Calcitriol in Dialysis Patients, Clin. Pharmacol. Therap. 23:515-519, 1978.

Maxwell, D.R., Benjamin, D.M., Donahay,S.L., et al:  Randomized Double-Blind Study of 1,25-dihydroxy-Vitamin D3 in Dialysis Patients, Proc. Clin. Dialy. Transpl. Forum. 7:166-169, 1977.

Benjamin, David M.:  Problems of Polypharmacy, Arch. Thanatol. 7:11, 1978.

Reed, M., Stanley, J., Stengel, F., Shupack, J. and Benjamin, D.:  Mal De Meleda Treated With 13-cis Retinoic Acid, Arch. Dermatol. 115:605-608, 1979.

Willis, C.R., Greenblatt, D.J., Benjamin, D.M., et al:  Simultaneous Determination of Lidocaine and Its Deethylated Metabolites Using GLC with Nitrogen-Phosphorous Detection, J. Chromatography, 307:200-205, 1984.

Greenblatt, D.J., Benjamin, D.M. et al:  Lidocaine Plasma Concentrations Following Administration of Intraoral Lidocaine Solution, Arch. Otolaryngology, 111:298-300, 1985.

Benjamin, David M.: Drug Defects' Dilemmas: Drugs Don't Have Side Effects, People Do!, Expert Witness Journal, Vol. 1, No. 7, pages 1-ff, July, 1989.

Benjamin, David M.: The Legal and Social Ramifications of Urine Drug Testing In The Workplace, Sixth Annual Meeting of the National Forensic Center, San Antonio, TX, December 10, 1989.

Benjamin, David M.: Drug Product Liability Litigation: Federal Law vs. Nature's Law, Presented at the Annual Meeting of the American College of Legal Medicine, Orlando, FL, March 16, 1990.

Hand, Robert P. and Benjamin, David M. (Eds.): What's Behind the L-tryptophan Ban? Medical Sciences Bulletin 12:(9) 1-2, May, 1990.

Benjamin, David M.: History and Pathogenesis of L-Tryptophan-Induced Eosinophilia Myalgia Syndrome (EMS) and Approaches to Treatment.  Presented: National ATLA meeting, San Diego, CA, July, 1990.

Benjamin, David M.: L-Tryptophan: A Pharmaceutical Detective Story,
J. Pharmacy Practice 4:(2) VI-X, 1991.

Benjamin, David M.: When Is A Drug Not A Drug?  The L-Tryptophan Tragedy: Lessons To Be Learned, Drug Information Journal 26:(2) 231-236, 1992.

Benjamin, David M.: Risk Management Strategies for Prescribing Drugs, Presented at the Annual Meeting of the American College of Legal Medicine,  Las Vegas, Nevada, March 11, 1993.

Benjamin, David M.: Elements of Causation in Toxic Tort Litigation: Science and Law Must Agree,
J. Legal Medicine 14:153-165, 1993.

Benjamin, David M.: Prescriber Liability: Minimize Your Risks, Drug Therapy 23: (8) 15-26, 1993.

Benjamin, David M.: Distinguishing Reliable Science From Junk Science in the Post-Daubert Era, J. Mass. Acad. of Trial Attorneys, October, 1993, p.40-44.

Benjamin, David M.: Symposium Coordinator: The Impact of Daubert v. Merrell Dow Pharmaceuticals on the Admissibility of Expert Testimony, 10th Annual Meeting of the National Forensic Center, Las Vegas, Nevada, December 4, 1993.

Benjamin, David M.: The Use and Misuse of the Scientific Method, Statistics, and Epidemiology in the Evaluation of the Toxic Tort Case, 10th Annual Meeting of the National Forensic Center, Las Vegas, Nevada, December 4, 1993.

Benjamin, David M.:  New Developments in Drug Therapy - Curses and Cures, Presented at the Annual Meeting of the American College of Legal Medicine, Anaheim, CA, March 11, 1994.

Benjamin, David M.: Communicating With Patients About Adverse Drug Reactions, Drug Therapy 24: (4) 36-38, 1994.

Benjamin, David M.: The Pharmacoepidemiology of Adverse Drug Reactions: The "First Year Effect" or Expansion of The Denominator. (Presented at the Annual Meeting of the Drug Information Association, Washington, DC, June 7, 1994.)

Benjamin, David M.: Recognizing & Preventing Adverse Drug Reactions, Drug Therapy 24: (6) 52-56, 1994.

Benjamin, David M.: Understanding Blood Alcohol Levels.  (Presented at the Massachusetts Academy of Trial Attorney's Seminar on "Preparing & Trying Your Drunk Driving Case Under the New OUI Amendments", Boston, MA, October 5, 1994.

Benjamin, David M.: Legal Update: New State and Federal Case Law Implications for Testifying as an Expert (Presented at the Spring Conference of the American Board of Vocational Experts, Marco Island, FL, March, 1995).

Benjamin, David M.: Symposium Chairperson: Opportunities and Challenges in the Evaluation and Management of Chronic Pain (Presented: the Annual Meeting of the American College of Legal Medicine, Orlando, FL, March, 1995).

Benjamin, David M.: Medical-Legal and Regulatory Implications of Analgesic Therapy (Presented at the Annual Meeting of the American College of Legal Medicine, Orlando, FL, March, 1995).

Benjamin, David M.: Case Studies in Pharmaceutical Risk Management, Medical Sciences Bulletin 17:(12) 7, August, 1995; 18:(3) 3, November, 1995.

Benjamin, David M. and Buckman, Robert W.: Minimizing the Risk of Adverse Drug Reactions, The Female Patient 21:47-61, April, 1996.

Benjamin, David M.: Putting the Inmates in Charge of the Asylum: Ethical Issues Involved in Government-Sponsored LSD Testing in Unwitting Subjects, (Presented at Annual Meeting of the American Academy of Forensic Sciences, Jurisprudence Section, February 20, 1997).

Benjamin, David M. and Bursztajn, Harold J.: Surreptitious LSD Administration: Ethical, Toxicologic and Psychiatric Impact on Toxic Tort Issues, (Presented at Annual Meeting of the American Academy of Forensic Sciences, Toxicology Section, February 20, 1997).

Benjamin, David M.: Vicarious Liability of Physicians and Hospitals in Drug Product Liability Litigation, (Presented at the Annual Meeting of the American College of Legal Medicine, Ft. Lauderdale, FL, March 7, 1997).

Benjamin, David M.: Onset of Severe Bromocriptine-Related Adverse Effects Correlates Well With Bromocriptine's Pharmacokinetic Profile, (Presented at the Annual meeting of the American Society for Clinical Pharmacology and Therapeutics, San Diego, CA, March 8, 1997).

Benjamin, David M. and Buckman, Robert W.: Selecting New Drugs for the Hospital Formulary, Medical Sciences Bulletin, 1997;20(2):9.

Benjamin, DM: Pharmacist/Pharmacy Negligence Litigation, Medical Science Bulletin, 1997;20(3):8.

Benjamin, David M., Mediation: A Better, Faster, Cheaper Way to Resolve Health Care Disputes, Massachusetts Lawyers Weekly, May 12, 1997, p. B5.

Benjamin, David M.: Alpha Blockers and the Law, (Presented at Annual Meeting of the American Academy of Forensic Sciences, Toxicology Section, February 11, 1998).

Benjamin, David M.: The Death of J. Edgar Hoover - Pharmacological Afterthoughts (Presented at: American Academy of Forensic Sciences, Jurisprudence Section, February 13, 1998).

Benjamin, David M.: Session Moderator, Contributed Papers, Annual Meeting of the American College of Legal Medicine, Las Vegas, Nevada, March 19, 1998.

Benjamin, David M.: The Use of Medical Negligence Data in the Development of Risk Management Programs, (Presented at Annual Meeting of the American College of Legal Medicine, Las Vegas, Nevada, March 19, 1998).

Benjamin, David M.: Pharmaceutical Risk Management: Special Problems Encountered in the Hospital Setting, J. Healthcare Risk Management, 1998;18:3 (winter) updated in spring edition.

Case 3:05-cr-30047-MAP   Document 53   Filed 05/23/2006   Page 16 of 17

Benjamin, David M.:  Exhumation of Saponified Remains Determining Manner of Death: Malinda McIntosh - Pharmacologic Analysis. (Presented at: American Academy of Forensic Sciences, Jurisprudence Section, February 18, 1999).

Benjamin, David M.: Combinations of Ethanol and Prescription Drugs While Driving: Factoring Out the Effects of Ethanol. (Presented at: American Academy of Forensic Sciences, Toxicology Section, February 19, 1999).

Benjamin, David M.: Symposium Chairperson: Mass Toxic Torts - Protecting the Public View While Advancing Medical Science: The Thin Red Line (Presented: the Annual Meeting of the American College of Legal Medicine, New Orleans, LA, March, 1999).

Benjamin, David M.: Pharmacological Overview of Mass Tort Litigation, (Presented: the Annual Meeting of the American College of Legal Medicine, New Orleans, LA, March, 1999).

Benjamin, David M.: Testing for Drugs in the Exhumed Body: Confounding Issues in Quality Control, Specificity and Reliability, International Association of Forensic Sciences, Aug. 26, 1999, LA, CA.

Benjamin, David M.: Redesigning Drug Approval - Redefining Drug Safety: The Felbamate-Bromfenac Paradigm, (Presented at the Annual Meeting of the American College of Clinical Pharmacology, Sept. 18, 1999, Rockville, MD).

Benjamin, David M.: Evaluating Claims for Medication Errors, (Presented at the Annual Meeting of the American Society for Healthcare Risk Management, Oct. 5, 1999, Chicago, IL)

Benjamin, David M. and Starrs, James E.: Presenting Scientific Evidence in Court: Meeting the *Daubert* Standard for Reliability,  (Presented at: the 52nd Annual Meeting of the American Academy of Forensic Sciences, Co-sponsored by the Toxicology and Jurisprudence Sections, Reno, Nevada, February 21, 2000).

Benjamin, David M.: Chair, Teaching Forum: Educational Issues in Clinical Pharmacology: Updating the Curriculum for the New Millennium, 29th Annual Meeting of the American College of Clinical Pharmacology, Chicago, IL, September 19, 2000.

Benjamin, David M.: Medication Mis-Adventures: Case Studies in Clinical Pharmacology, 29th Annual Meeting of the American College of Clinical Pharmacology, Chicago, IL, September 19, 2000.

Benjamin, David M.: Are Pharmacologists/Toxicologists Without Medical Degrees or MDs Best Qualified to Testify About Drugs?  (Presented at: American Academy of Forensic Sciences, Jurisprudence Section, Seattle, WA, February 23, 2001).

Benjamin, David M.: Common Defenses Asserted Against Driving Under the Influence of Drugs Claims. (Presented at: American Academy of Forensic Sciences Toxicology Section, Drug & Driving Committee Workshop: Drugs, Driving and Human Performance Testing, Seattle, WA, February 20, 2001).

Benjamin, David M. and Starrs, James E.: Abuse of Experts or Experts of Abuse? (Presented at: American Academy of Forensic Sciences, Co-sponsored by the Toxicology and Jurisprudence Sections, Seattle, WA, February 20, 2001).

Benjamin, David M.: Drug Approvals, Drug Withdrawals: Deja Vu All Over Again, Pharmaceutical & Medical Devices Law Bulletin, Vol. 1, No. 6, June 2001.

Benjamin, David M.: Chair, Teaching Forum: Minimizing Medication Errors: Practical Pointers for Prescribers, 30th Annual Meeting of the American College of Clinical Pharmacology, Vienna, VA, September 24, 2001.

Benjamin, David M.: Reducing Medication Errors and Increasing Patient Safety: Case Studies in Clinical Pharmacology, 30th Annual Meeting of the American College of Clinical Pharmacology, Vienna, VA, September 24, 2001.

Benjamin, David M.: Applications and Limitations of Back Extrapolation in Expert Testimony, Massachusetts Lawyers Weekly, page B-5, August 20, 2001.

Benjamin, David M.: Reducing Medication Errors and Increasing Patient Safety, (Presented at the Annual Meeting of the American Society for Healthcare Risk Management, Oct. 31, 2001, Boston, MA).

Benjamin, David M.: Reducing Medication Errors and Increasing Patient Safety Through Better Communication, Focus on Patient Safety, National Patient Safety Foundation, 2001;4:6,8.

Benjamin, David M.: Patient Safety and New Drugs: View of a Clinical Pharmacologist, The More Things Change, the More Things Stay the Same Journal of Quality Health Care, 2002;1:17-21.

Benjamin, David M.: Driving Under the Influence of Medications: Are Physicians and Pharmacists Adequately Informing Their Patients of the Risks of Medication Use?  News & Vies (newsletter of Toxicologie Section of the AAFS) May 2002.

Benjamin, David M.: Chair, Teaching Forum: Legal Medicine for Clinical Pharmacologists, 31st Annual Meeting of the American College of Clinical Pharmacology, San Francisco, CA, September 23, 2002.

Benjamin, David M.: Theories of Liability Against Pharmaceutical Manufacturers, Investigators, Their Staff, Hospitals, Medical Schools & IRBs 31st Annual Meeting of the American College of Clinical Pharmacology, San Francisco, CA, September 23, 2002.

Benjamin, David M.: Development of Drugs and Dissemination of Safety Information by Healthcare Professionals (Presented at: American Academy of Forensic Sciences, Toxicology Section, Chicago, IL, February 20, 2003).

Benjamin, David M.: Biological & Chemical Weapons: Perspectives in Clinical Pharmacology (Presented at: American Academy of Forensic Sciences, Toxicology Section, Chicago, IL, February 21, 2003).

Benjamin, David M.: Medical, Legal and Public Policy Issues Arising out of Biological & Chemical Weapons (Presented: the Annual Meeting of the American College of Legal Medicine, Phoenix, AZ, February 28, 2003).

Benjamin, David M. and Blum, Richard S.: "Off-Label" Prescribing of Drugs: Are You Legal or Liable? (Presented: the Annual Meeting of the American College of Legal Medicine, Phoenix, AZ, February 28, 2003).

Blum, Richard S. and Benjamin, David M.: The Dependence-Addiction Paradigm: Good vs. Bad - Treatment vs. Abuse (Presented: the Annual Meeting of the American College of Legal Medicine, Phoenix, AZ, February 28, 2003).

Benjamin, David M.: Minimizing Medication Errors: Practical Pointers for Prescribers. (Symposium Introduction) J Clin Pharmacol 2003;43:751-753.

Benjamin, David M. and Pendrak, Robert F.: Medication Errors: An Analysis Comparing PHICO's Closed Claims Data and PHICO's Event Reporting Trending System (PERTS), J Clin Pharmacol 2003;43:754-759.

Benjamin, David M.: Reducing Medication Errors and Increasing Patient Safety: Case Studies in Clinical Pharmacology, J Clin Pharmacol 2003;43:768-783.

Benjamin, David M.: Chair, Teaching Forum: Ethics in Medicine, 32nd Annual Meeting of the American College of Clinical Pharmacology, Tampa, FL, September 23, 2003.

Benjamin, David M.: The History of the Informed Consent Doctrine, 32nd Annual Meeting of the American College of Clinical Pharmacology, Tampa, FL, September 23, 2003.

Reporting of Side Effects land Drug Toxicity To FDA, Advanced Course for FDA Drug
Investigators, College of Physicians land Surgeons, Columbia University,
New York, New York, September 30, 1980.

The Regulation of New Drug Development land its Relationship to Drug Product
Liability Litigation, Pre-Meeting Workshop, Annual Meeting of the National
Forensic Center, Miami, FL, December 2, 1988.

The History land Pathogenesis of L-Tryptophan-Induced Eosinophilia Myalgia
Syndrome (EMS) and Approaches to Treatment.  Presented: National ATLA meeting
San Diego, CA, July, 1990.

A History of Drug Product Liability Litigation & The L-Tryptophan Tragedy, November 19, 1990,
Selecting & Working With Experts, Feb. 24, 1997, Stetson University College of Law, St. Petersburg, FL.

The Adulteration of L-Tryptophan. Presented at the ATLA,
L-Tryptophan/EMS Educational Update Meeting, Albuquerque, NM, December, 1990.

Good Manufacturing Practices (GMPs) and Their Application to the Synthesis and Administration of
Radiopharmceuticals in Positron Emission Tomography (PET) Scanning, Massachusetts General Hospital,
Dept. of Nuclear Medicine, Boston, MA, April, 1991.

Testifying As An Expert In Court: Legal And Ethical Guidelines, Presented at
the Annual Meeting of the National Forensic Center, Orlando, FL, Dec. 8, 1991.

The Development land Testing of New Drugs land Biologicals With Special Reference to
Pharmacokinetics, land The Pharmacoepidemiology of Adverse Drug Reactions.  Biogen Inc., Cambridge
Mass., Feb. 23, 1994.

Understanding the Analysis of Blood & Urine Samples for Drug Abuse.  Mass. CLE. 11/22/94 & 9/13/95.

The Clinical Pharmacology of Risk Management.  Tufts University School of Medicine,
Division of Clinical Pharmacology, Boston, Mass., February 24, 1994, February 22, 1995, May 1, 1997.

Food land Drug Law 4/21/94. Regulation of New Drug Development land Public Policy Issues 4/13/95
Fordham University School of Law, New York, New York.

Risk Management Issues: Am I Going To Be Sued?, Boston Joint School Geriatrics
Symposium: Practical Issues in the Care of the Elderly, Harvard Medical School,
Boston, MA, January 21, 1995.

The Role of the Occupational Health Professional in the Toxic Chemical Exposure
Case, Harvard School of Public Health, Boston, MA, March 20, 1995, April 1, 1996, April 21, 1997,
March 9, 1998.

The Pharmacology of Blood Alcohol.  Liquor Liability Update '96, 2/13/96; Liquor Liability Update '98,
7/27/98;  OUI: The Basics land More. 5/5/96 Mass. CLE.

Benjamin, David M. land Bush, Donna M.: Preparing for Cross-Examination: Developing Active Listening
Skills.  Annual meeting of the American Academy of Forensic Sciences, Nashville, TN, Feb. 20, 1996.

Case 3:01-cv-00475-MRK    Document 95-5    Filed 02/29/2008    Page 14 of 17

Preparing to Testify as an Expert, Session Moderator: Expert Negligence Revisited: Mattco Forge v. Arthur Young & Co., & Developing "Active Listening" Skills, Annual Meeting of the American College of Legal Medicine, Las Vegas, NV, March 8, 1996.

Wecht, Cyril land Benjamin, David M.: Evaluation land Commentary of the Strengths land Weaknesses of the Experts in the O. J. Simpson Trial. Annual Meeting of the American College of Legal Medicine, Las Vegas, NV, March 8, 1996.

Substance Abuse land Motor Vehicle Operation. State of Connecticut Department of Motor Vehicles' Medical Advisory Board, Wethersfield, CT, May 2, 1996.

Forensic Pharmacology. Brigham land Women's Hospital, Boston, MA, Aug. 14, 1996.

Risk Management Strategies for Minimizing Liability During Drug Development, ACI Conference on Drug land Medical Device Litigation, New York, NY, December 6, 1996.

The Use of Mediators With "Subject Matter Knowledge" in the Resolution of Health Care Disputes. The Center for Medical Ethics land Mediation, San Diego, CA, March 9, 1997.

Case Studies in Pharmacist/Pharmacy Negligence, Brigham land Women's Hospital, Boston, MA, Dec. 10, 1997.

How to Stay Out of Hot Water! Reduce Your Medical Liability Exposure, PHYCOR IPA OFFICE MANAGEMENT SEMINAR, Dallas, Texas, February 26, 1998.

Reducing Medication Errors, Southwest Physicians Group, Dallas, Texas, February 27, 1998. Pharmaceutical Risk Management, American Board of Quality Assurance land Utilization Review Physicians,
Tampa, FL, February 28, 1998.

Managing Risk land Errors in Medicine, Panel Member, American Board of Quality Assurance land Utilization Review Physicians, Tampa, FL, February 28, 1998.

Preparing to Testify as an Expert in Occupational land Environmental Medicine, American Occupational Health Conference, Boston, MA, April 29, 1998.

New Developments in the Admission of Scientific Evidence in Court, Annual Meeting of the International Association of Accident Reconstruction Specialists, July 13, 1998, Boston, MA.

Risk Management, Medical Grand Rounds, Department of Internal Medicine, University of Florida Health Science Center, Jacksonville, Florida, October 28, 1998.

Risk Management Strategies for Preventing Medication Errors, Medical Grand Rounds, University of Florida College of Medicine, Shands Teaching Hospital, Gainesville, Florida, October 29, 1998.

Evolving Strategies for Minimizing the Risk of Medication Errors, American Board of Quality Assurance & Utilization Review Physicians, "The Future of Health Care, 2000 land Beyond", San Antonio, Texas, November 14, 1998.

Daubert v. Merrell Dow Pharmaceuticals land the Introduction of Scientific Evidence; Analyzing Forensic Cases Involving Ethanol; How the Expert Can Assist the Attorney in Understanding Scientific Evidence; Medical Jurisprudence, Stetson College of Law, St. Petersburg, Florida, 3 semesters in each of 1997 & 1998.

Constitutional land Evidentiary Issues in Testifying as an Expert in a Drug Testing Case, Annual Meeting of the New England College of Occupational land Environmental Medicine, December 4, 1998, Boston, MA.

Risk Management Strategies for Reducing Medication Errors in Pharmacy Practice, Kaiser Healthcare, Department of Pharmacy, Kansas City, MO, February 12, 1999.

Minimizing Medication Errors in Your Practice, Department of Medicine, VA Medical Center, Shreveport, LA, April 8, 1999.

Reducing the Risk of Medication Errors land Medical Negligence, Louisiana Association for Healthcare Quality,
Shreveport, LA, April 9, 1999.

Medical, Legal & Risk Management Issues for the Judicious Use of Medications by Neurologists, 51st Annual Meeting of the American Academy of Neurology, Toronto, Ontario, Canada, April 22, 1999.

Technology and Blood Alcohol, Traffic Court Technology Seminar for Judges, Newport, RI, April 30, 1999.

Field Sobriety Testing, Urine Drug Screening, land Drug Recognition Testing, Traffic Court Technology Seminar for Judges, Newport, RI, April 30, 1999.

Update on *Daubert* and *Kumho* for Educators, Associated Education Experts, Westerville, Ohio, May 18, 1999.

Preparing land Filing a Medical Device Regulatory Submission, DIA/MCPHS, Boston, MA, August 5-6, 1999.

Update on *Daubert* and *Kumho* for Vocational/Rehabilitation Experts, land Preparing to Testify as a Vocational or

Rehabilitation Expert Under *Daubert* land *Kumho*, California Association of Rehabilitation & Reemployment Professionals, San Diego, CA, October 16-17, 1999.  Co-Presenter: David Stein, Ph.D., ABVE

Medication Mis-Adventures: Perils of Prescribing Practices, American Board of Quality Assurance and Utilization Review Physicians, San Diego, CA, November 6, 1999.

Understanding Ethanol Pharmacology land Breathalyzer Testing, 1999 Traffic Adjudication Seminar for Judges, Naples, FL , December 9, 1999. [Note: The Supreme Court of the State of Florida has a policy which required a copy of my presentation be posted on the Court's web site.]

Faculty, Harvard Medical School Risk Management Program Medical and Surgical Practitioners in Court, land the Mental Health Clinician in Court: A Survival Guide, December 11, 1999.

Update on *Daubert*, *Joiner* & *Kumho* With Regard to the Admission of Expert Testimony in Court, George Washington University Law School, Washington, DC, January 19, 2000.

Product Liability Litigation as it Impacts Healthcare Professionals and Hospitals,  American Board of Quality Assurance land Utilization Review Physicians, Clearwater, FL, April 1, 2000.

The Application of Clinical Pharmacology to Risk Management: Minimizing the Risk of Litigation, Grand Rounds, Rush-Presbyterian- St. Lukes Medical Center, Chicago, IL, May 30, 2000

Faculty, American Bar Association 2000 Annual Meeting - Assassination of Edgar Hoover? A High-Tech Hearing - Presidential Showcase Status, New York, New York, July 8, 2000.

Risk Management Strategies for Reducing Medication Errors in the Hospital Setting, Wilcox Memorial Hospital, Kauai, HI, July 31, 2000 & Hawaii Association for Healthcare Risk Management, Honolulu, HI, August 1, 2000.

Medication Mis-Adventures: Perils of Prescribing Practices, American Board of Quality Assurance and Utilization Review Physicians, Chicago, IL, September 16, 2000.

Drug Product Liability Litigation and Vicarious Liability of Healthcare Professionals land Hospitals, American Board of Quality Assurance land Utilization Review Physicians, Chicago, IL, September 16, 2000.

Evidence-Based Drug Selection: Raising Your Consciousness About Medication Errors, American Board of Quality Assurance land Utilization Review Physicians, Las Vegas, NV, November 18, 2000.

Minimizing Medication Mistakes, Harvard Medical School Risk Management Program, December 1, 2000, Boston, MA.

Recognizing & Responding to Trick Questions, Harvard Medical School Risk Management Program, December 2, 2000, Boston, MA.

Understanding Ethanol Pharmacology and Breathalyzer Testing, 2000 Traffic Adjudication Seminar for Judges, Palm Harbor, FL , December 7, 2000. [Note: The Supreme Court of the State of Florida has a policy which required a copy of my presentation be posted on the Court's web site.]

Medication Mis-Adventures: Perils of Prescribing, Woman's Hospital Medical Staff Leadership Retreat, New Orleans, LA, January 7, 2001.

Prescription for Malpractice: Legal Issues in the Prescriber-Patient Relationship, Faculty Panel Member, American Health Lawyers Association, New York, New York, January 25, 2001.

Responding to Subpoenas: "Know When to Hold 'Em land When to Fold 'Em", American Board of Quality Assurance land Utilization Review Physicians, Clearwater, FL, March 3, 2001.

*Daubert*, *Joiner* & *Kumho* and the Admissibility of Expert Testimony for Forensic Nurses, Annual South Central Region of the International Association of Forensic Nurses Conference, University of Alabama, Huntsville, 4/27/01

Drug Facilitated Rape: Which Drugs are Used land How do you Collect the Evidence, Annual South Central Region of the International Association of Forensic Nurses Conference, University of Alabama, Huntsville, April 28, 2001.

Faculty, American Bar Association 2001 Annual Meeting - The Boston Strangler Case land the Death of Mary Sullivan  Were Drugs Involved?  American Bar Association Meeting  A High-Tech Hearing - Presidential Showcase Status, Chicago, IL, August 4, 2001.

The Impact of Daubert, Joiner & Kumho on Testifying as a Forensic Toxicologist, Annual Meeting of the Society of Forensic Toxicologists, New Orleans, LA, October 1, 2001.

Drug Product Liability and Vicarious Liability of Hospitals and Healthcare Professionals, Suffolk Law School, Boston, MA, October 16, 2001.

Using the Principles of Clinical Pharmacology in Risk Management, Thomas Jefferson University, Department of Medicine, Division of Clinical Pharmacology, Philadelphia, PA, November 9, 2001.

Patient Safety land Prescriber Risk Management, American Board of Quality Assurance land Utilization Review Physicians, Philadelphia, PA, November 10, 2001.

Benjamin, David M. and Langer, Carolyn S.: Liability Issues in Occupational Medicine, New England College of Occupational & Environmental Medicine, December 7, 2001, Boston, MA.

Benjamin, David M. land Hochhaus, Gunther: Perils of Prescribing - Introduction land Case Studies, Joint Meeting of AGAH land the American College of Clinical Pharmacology, Garmisch-Partenkirchen, Germany, January 27, 2002.

Understanding Ethanol Toxicology & Breathalyzer Testing, New Hampshire Bar Association, February 15, 2002.

Integrated Drug Delivery: Quality Improvement land Patient Satisfaction, American Board of Quality Assurance land Utilization Review Physicians, Las Vegas, NV, April 12, 2002.

Overview of Medication Errors, Saint Elizabeth's Hospital, Boston, MA,  June 24, 2002.

Risk Management Strategies for Reducing Exposure to Litigation in the Pharmaceutical Industry, Pharmaceutical Risk Management Conference, Philadelphia, PA, December 2, 2002.

Clinical Pharmacology as a Risk Management Tool for Reducing Medication Errors.  Keynote Address Lovelace Medical Fondation, Albuquerque, NM, March 15, 2003

Implementing Strategies to Decrease Medication Errors (workshop) Lovelace Medical Foundation, Albuquerque, NM, March 15, 2003

## BOOK CHAPTERS

The Effects of Drugs on Sexual Response, in The New Sex Therapy, 2nd Edition, Kaplan, H.S., Brunner/Mazel, 1978.

Forensic Pharmacology, in Forensic Science Handbook, Volume III, Richard Saferstein, Ph.D., (Ed.), Prentice Hall, 1993.

Making the Expert a Part of the Litigations Team and Educating the Defense Witness About the Litigation Process (contributor), in Reengineering Healthcare Liability Litigation (Zaremski land Heckman, eds.), Michie, 1997.

PEARLS for Medication Error Reduction, David M. Benjamin, PhD, Chair, American Society for Healthcare Risk Management, October 2001.