```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA      )
                              )
          v.                  )    CRIMINAL NO. 05-cr-30047-MAP
                              )
MICHAEL MARRERO,              )
     Defendant.               )
                              )
```

## MOTION FOR A CONTINUANCE
### (Assented to)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts respectfully requests this Court to continue this case for a further status date on or after May 8, 2006. In support of this motion, the government, in response to the Defendant's discovery requests, has not yet received the pertinent documents from the Drug Enforcement Administration ("DEA"). The government should have the additional information from the DEA in the next 14 days.

The Defendant, through Attorney Harry Miles, assents to this request for a continuance.

```
                         Respectfully submitted,

                         MICHAEL J. SULLIVAN
                         United States Attorney

                    By:  /s/ Paul Hart Smyth
                         _____
                         Paul Hart Smyth
                         Assistant U.S. Attorney
```

Dated: April 14, 2006