UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 05-30047-MAP |
| | ) | |
| MICHAEL MARRERO, | ) | |
| Defendant | ) | |

FINAL STATUS REPORT
May 8, 2006

NEIMAN, C.M.J.

The court held a final status conference this day and, in accord with Local Criminal Rule 116.5(D), reports as follows:

1. Discovery is essentially completed.

2. An initial pretrial conference has been scheduled for June 14, 2006, at 2:00 p.m. in Courtroom I. Defendant will inform the court at that time whether he wishes to file a motion to suppress.

3. The parties estimate that a trial, if necessary, will take five days.

4. Defendant does not intend to raise a defense of insanity, or alibi or public authority.

5. The parties -- and the court -- agree that, as of today, no time has yet run on the Speedy Trial clock. An Order of Excludable Delay shall issue.

6. There are no other matters relevant to the progress or resolution of the case.

DATED: May 8, 2006

       /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
Chief Magistrate Judge