```
              UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF MASSACHUSETTS

                   Western Division
             Criminal No.: 05-cr-30047-MAP

          ------------------------------

                     UNITED STATES

                          v.

               MICHAEL MARRERO, Defendant.

            ===========================
```

DEFENDANT'S MOTION TO CONTINUE STATUS CONFERENCE

==================================================

The Defendant, Michael Marrero, respectfully moves this Honorable Court to continue the Status Conference scheduled with respect to the above-captioned matter from Wednesday, June 14, 2006 to Tuesday, June 20, 2006, at 1:45 PM.  As reason therefor, Defendant's counsel is currently on trial with respect to the matter of Natasha Rodriguez, Plaintiff, v. Karol W. Drozdal, d/b/a and Cambium Corp., now pending before the Superior Court Department of the Trial Court of the Commonwealth, Civil Action No. 2004-0102, Carhart, J., and expects said trial to continue through the remainder of the week.

Dated at Northampton, June 13, 2006.

1

Respectfully submitted,
The Defendant,
By his attorney,


/s/ *Harry L. Miles*
Harry L. Miles
*Green, Miles, Lipton & Fitz-Gibbon LLP*
77 Pleasant Street
P.O. Box 210
Northampton, MA  01061-0210
Telephone: 413-586-8218
Fax:       413-584-6278
BBO#:      345800


Certificate of Service:  I, Harry L. Miles, certify that I have served a copy of this motion upon Assistant United States Attorney Paul Smyth by filing this document electronically so that all counsel of record will be notified.

/s/ *Harry L. Miles*
Harry L. Miles

2