UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) NO. 05cr30047-MAP |
| | ) |
| MICHAEL MARRERO, | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR ORDER OR EXCLUDABLE DELAY

    The United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, with the concurrence of the defendant, by his attorney, Harry Miles, moves for an order of excludable delay from May 8, 2006, through August 4, 2006, in order to provide sufficient time for the defendant's counsel to prepare and file a motion to suppress.  The ends of justice served by excluding the time in order to preserve continuity of counsel outweighs the interests of the public and defendant in a speedy trial.

    WHEREFORE, the government requests that an order of excludable delay issue.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                        By:  /s/Karen L. Goodwin
                            Karen L. Goodwin
                            Assistant U.S. Attorney
                            1550 Main Street
                            Springfield, MA 01103
                            413-785-0235

<u>CERTIFICATION</u>

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                            /s/Karen L. Goodwin
                            _____