UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
)
v. ) CR NO. 05-30047-MAP
)
)
MICHAEL MARRERO )

SCHEDULING ORDER

June 23, 2006

PONSOR, D.J.

Counsel appeared for a status conference on June 23, 2006. Based on counsel's representations, the court orders as follows:

1. Defendant's Motion to Suppress will be filed no later than August 4, 2006.

2. The government's opposition to the Motion to Suppress will be filed no later than September 1, 2006.

3. Counsel will appear again on September 11, 2006 at 2:00 p.m. for oral argument only. To the extent that an evidentiary hearing is necessary, the court will schedule it at that time for a future date.

4. The government will file a motion to exclude time from the Speedy Trial clock, based upon the importance of continuity of counsel, and the heavy trial schedule of Defendant's counsel, covering the period from May 8, 2006 through August 4, 2006.

It is So Ordered.

_____
MICHAEL A. PONSOR
United States District Judge