```
                    UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS

                           Western Division
                   Criminal No.: 05-cr-30047-MAP

         ----------------------------------------

                            UNITED STATES

                                 v.

                      MICHAEL MARRERO, Defendant.

                     ===========================

         DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE MOTION TO
                          SUPPRESS EVIDENCE

                             (ASSENTED TO)

         ================================================================
```

The defendant, Michael Marrero, respectfully moves this Honorable Court in the interests of justice to extend the time to file his motion to suppress evidence from Friday, August 4, 2006, to Friday, August 11, 2006.

As grounds for this motion, counsel represents that additional time is needed because, in addition to his normal schedule: he is preparing for a trial scheduled for August 8, 2006, in Northampton District Court; is representing two clients in murder cases pending in Hampden County Superior Court; has just completed and filed a supplemental memorandum of law and associated legal research in *Karowski v. Cerreta,* Civil Action No.: 03-cv-30314-MAP, pending before this Court; is preparing

an opposition to a motion for summary judgment in the matter of Coyne v. US, pending before Gertner, J., and is preparing an appellate brief for the Massachusetts Appeals Court in the matter of Hanks v. Dempsey, pending in the Franklin County Superior Court. As a result, counsel has not had the opportunity to prepare the motion adequately for filing on Friday, August 4, 2006.

    This extension has no effect on the speedy trial clock.

    The Government has assented to this motion.

    Dated at Northampton, August 2, 2006.

Respectfully submitted,  
The Defendant by his attorney  
/s/ *Harry L. Miles*  
Harry L. Miles  
*Green Miles Lipton & Fitz-Gibbon LLP*  
77 Pleasant Street, P.O. Box 210  
Northampton, MA 01061-0210  
Voice:    413.586.8218  
Fax:      413.584.6278  
BBO#:     345800

Certificate of Discussion. I certify that I have discussed this motion with Assistant United States Attorney Paul Smyth on August 2, 2006, by telephone.

Certificate of Service.  I certify that I have filed this document electronically so that it will be E-mailed to all counsel of record.

/s/*Harry L. Miles*