```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS

                    Western Division
               Criminal No. 05-30047-MAP

               ------------------------

                       UNITED STATES

                            v.

                 MICHAEL MARRERO, Defendant.

               ===========================

     DEFENDANT'S MOTION TO SUPPRESS PHYSICAL EVIDENCE.

               (EVIDENTIARY HEARING REQUESTED)

     ====================================================
```

The defendant, Michael Marrero, respectfully moves this Honorable Court to suppress the physical evidence against him, to wit: Exhibit 92 which allegedly contains two bags of crack cocaine and a videotape which purports to record a transaction in which the defendant sold the two bags of crack cocaine to a paid government informant.

As grounds for his motion, the defendant raises two issues:

1.   **Fundamental Unfairness and Unreasonable Seizure:** The conduct of the Government in seizing the items, acting by and through a paid informant, was so outrageous and fundamentally unfair that the defendant was deprived of his right to substantive due process guaranteed by the Fifth

Amendment to the United States Constitution, and the seizure of the items was so unreasonable that it violated the Fourth Amendment to the United States Constitution.

2.  **Spoliation of the Evidence:** The Government's laboratory analyst, by combining the contents of the two bags contained in Exhibit 92 before analyzing them deprived the defendant of the ability to replicate the analysis and to dispute the presence of cocaine base in either bag. As a result, the defendant has been deprived of the ability to determine whether the Government seized approximately 9.8 grams of cocaine base; 6.2 grams; or 3.6 grams.

The defendant relies upon his memorandum in support of this motion and the attached exhibits filed herewith as further explication of the grounds for it.

The defendant requests an evidentiary hearing on this motion.

Dated at Northampton, August 11, 2006.

Respectfully submitted,
The defendant by his attorneys
/s/ *Harry L. Miles*
Harry L. Miles, of
*Green, Miles, Lipton & Fitz-Gibbon LLP*
77 Pleasant St., P.O. Box 210
Northampton, MA 01061-0210
Voice:     413.586.8218
Fax:       413.584.6278
BBO#:      345800