```
           THE UNITED STATES DISTRICT COURT FOR
              THE DISTRICT OF MASSACHUSETTS

                     Western Division
                    3:05-CR-30047-MAP

                     ----------------

                     THE UNITED STATES

                            v.

                  MICHAEL MARRERO, Defendant.

              ============================
```

MOTION OF DEFENDANT, MICHAEL MARRERO, TO CONTINUE THE
     HEARING SCHEDULED FOR SEPTEBMER 11, 2006.
               (Filed Electronically)
                    (ASSENTED TO)

=========================================================

   The defendant, Michael Marrero, respectfully moves this Honorable Court to continue the hearing on his motion to suppress evidence, now scheduled to be heard on September 11, 2006, at two o'clock in the afternoon to one of the following dates and times: Tuesday, September 12, 2006; Friday afternoon, September 14, 2006; Monday, October 2, 2006; Tuesday, October 3, 2006; Wednesday, October 4, 2006; Thursday, October 19, 2006; or Friday, October 20, 2006.

   As grounds for this motion, counsel for the defendant represents to the Court that he is engaged in a probable cause hearing in the Superior Court before Velis, J., on

                                                         1

September 11, 2006, and he cannot be certain that it will conclude by 1:00 PM. Counsel for the defendant also is scheduled for a pretrial hearing in the District Court at Northampton on Thursday, September 14, 2006 at 11:00 AM. The United States District Court, Gertner, J., has scheduled a pretrial conference by telephone with counsel for 2:00 PM, Wednesday, September 13, 2006; The Superior Court, McDonald, J., is holding counsel for trial starting September 26, 2006 and probably continuing for three or four days.

Counsel for the defendant has spoken with Assistant United States Attorney Paul Smyth who indicates that he has prior engagements on Wednesday, September 13, 2006, and Friday morning, September 15, 2006; he also says that he will be out of the country from Thursday, October 5, 2006, through and including Tuesday, October 17, 2006.

The United States, acting by and through Assistant United States Attorney Paul Smyth, assents to this motion.

Dated at Northampton, September 8, 2006.

Respectfully submitted,
The Defendant by His Attorney
/s/*Harry L. Miles*
Harry L. Miles, of
*Green, Miles, Lipton & Fitz-Gibbon LLP*
77 Pleasant Street, P.O. Box 210
Northampton, MA 01061-0210
BBO#:     345800