11-16-07

To: The Clerks Office

My name is Michael Manero date of birth of 8-10-82 social security number ▬▬▬-3134. I was sentenced in front of the honorable judge Ponsor on 4-27-07 and would like to receive my sentencing transcripts along with my docket sheet if its possible. I am currently being held in FCI Raybrook

P.O. Box 9332

Raybrook, NY 12977

Thanks Sincerely

Michael Manero

#1 90879338