05 cr 30047-MAP

2-28-08

To., Clerks Office

My name is Michael Manes and I am currently serving a 117 month prison sentence for a possesion with intent to distribute crack cocaine charge. Under the new sentencing guidelines I believe and will like the chance to have my sentenced reduced and/or reviewed and would like to have a public defender assigned to represent my case. Thank you for your time and consideration. Sincerely

Michael Manes

U.S. DISTRICT COURT
DISTRICT OF MASS

FILED
IN CLERK'S OFFICE
2008 MAR 3 P 1: 04